AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| RUTH MARK and those similarly situated ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  Case 1:18-cv-02412 |
| O.P.E.N. AMERICA, INC., d/b/a OPENWORKS; ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RUTH MARK and those similarly situated.

Date:     09/26/2018

s/Alexander Neville Hood
*Attorney's signature*

Alexander Neville Hood, CO Bar #  42775
*Printed name and bar number*

1410 High Street, Suite 300
Denver, CO 80218

*Address*

alex@towardsjustice.org
*E-mail address*

(720) 239-2606
*Telephone number*

(303) 957-2289
*FAX number*