# CONSENT TO JOIN

1. I hereby consent, agree, and opt-in to become a Plaintiff in *Mark v. O.P.E.N. America, Inc., 1:18-cv-02412-NRN* (D. Colo.), currently pending in the United States District Court for the District of Colorado and brought under the Fair Labor Standards Act to recover unpaid wages for my time working for O.P.E.N. AMERICA, INC., d/b/a OPENWORKS.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further appoint the named Plaintiff, RUTH MARK, and any future new or additional named Plaintiff in this action, to be my agent for all purposes in pursing this action, including negotiating a settlement. I agree to be bound by any settlement negotiated by the named Plaintiff(s).

3. I hereby designate David Seligman and Alexander Hood of Towards Justice (the "Attorneys") to represent me in this action and consent to the attorney's fees arrangement disclosed to me along with this form.

4. I consent to the following Attorney's fee arrangement with the Attorneys: Plaintiffs' attorneys will be paid either the reasonable attorney's fees awarded by the Court or 25% of the total of the attorney's fees and damages recovered for the Plaintiffs, whichever is greater, plus cost reimbursement. I also understand that this case could result in a common fund settlement or judgment. In that case, the fee paid to the Attorneys will be approved by the Court.

5. I understand that the Court may later determine that I cannot assert these claims in this case, and then that I would have to bring my claims in a different action. This "Consent to Join" does not designate the Attorneys to represent me in any other action.

**DATE:** 9/28/2018 10:53:00 AM PDT

**SIGNATURE:** *[DocuSigned by: /s/ Hassan — 92CD957F69734D7]*

**PRINTED NAME:** Mohamoud H Ali

# CONSENT TO JOIN

1. I hereby consent, agree, and opt-in to become a Plaintiff in *Mark v. O.P.E.N. America, Inc., 1:18-cv-02412-NRN* (D. Colo.), currently pending in the United States District Court for the District of Colorado and brought under the Fair Labor Standards Act to recover unpaid wages for my time working for O.P.E.N. AMERICA, INC., d/b/a OPENWORKS.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further appoint the named Plaintiff, RUTH MARK, and any future new or additional named Plaintiff in this action, to be my agent for all purposes in pursing this action, including negotiating a settlement. I agree to be bound by any settlement negotiated by the named Plaintiff(s).

3. I hereby designate David Seligman and Alexander Hood of Towards Justice (the "Attorneys") to represent me in this action and consent to the attorney's fees arrangement disclosed to me along with this form.

4. I consent to the following Attorney's fee arrangement with the Attorneys: Plaintiffs' attorneys will be paid either the reasonable attorney's fees awarded by the Court or 25% of the total of the attorney's fees and damages recovered for the Plaintiffs, whichever is greater, plus cost reimbursement. I also understand that this case could result in a common fund settlement or judgment. In that case, the fee paid to the Attorneys will be approved by the Court.

5. I understand that the Court may later determine that I cannot assert these claims in this case, and then that I would have to bring my claims in a different action. This "Consent to Join" does not designate the Attorneys to represent me in any other action.

**DATE:** 9/28/2018 11:59:46 AM PDT

**SIGNATURE:** *Wanda Strauss* (DocuSigned by: 66AD5F7DF80547D...)

**PRINTED NAME:** Wanda Strauss

## CONSENT TO JOIN

1. I hereby consent, agree, and opt-in to become a Plaintiff in *Mark v. O.P.E.N. America, Inc., 1:18-cv-02412-NRN* (D. Colo.), currently pending in the United States District Court for the District of Colorado and brought under the Fair Labor Standards Act to recover unpaid wages for my time working for O.P.E.N. AMERICA, INC., d/b/a OPENWORKS.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further appoint the named Plaintiff, RUTH MARK, and any future new or additional named Plaintiff in this action, to be my agent for all purposes in pursing this action, including negotiating a settlement. I agree to be bound by any settlement negotiated by the named Plaintiff(s).

3. I hereby designate David Seligman and Alexander Hood of Towards Justice (the "Attorneys") to represent me in this action and consent to the attorney's fees arrangement disclosed to me along with this form.

4. I consent to the following Attorney's fee arrangement with the Attorneys: Plaintiffs' attorneys will be paid either the reasonable attorney's fees awarded by the Court or 25% of the total of the attorney's fees and damages recovered for the Plaintiffs, whichever is greater, plus cost reimbursement. I also understand that this case could result in a common fund settlement or judgment. In that case, the fee paid to the Attorneys will be approved by the Court.

5. I understand that the Court may later determine that I cannot assert these claims in this case, and then that I would have to bring my claims in a different action. This "Consent to Join" does not designate the Attorneys to represent me in any other action.

**DATE:** 10/5/2018 2:02:48 PM PDT

**SIGNATURE:** *[DocuSigned by: Mohmmd, 86D9B36B7E7243C]*

**PRINTED NAME:** Mohamed mohamed