**EXHIBIT A**

## DECLARATION OF KATRINA HUGHES

I, Katrina Hughes, declare under the penalty of perjury:

1. I am over 18 years of age and am competent to make this affidavit.

2. I am a Divisional Vice President of O.P.E.N. America, Inc., d/b/a OpenWorks ("OpenWorks") and have held this position since December, 2016. Before that time, I was the Colorado Regional Director of OpenWorks. I am duly authorized to make this Declaration.

3. This Declaration is based upon my own non-privileged personal knowledge, my review of non-privileged documents and records available to me that are kept in the ordinary course of the operation of OpenWorks's business, non-privileged information provided to me by persons upon whom I regularly rely in the ordinary course of my duties as OpenWorks's Divisional Vice President and I would testify to such matters were I called to do so.

4. OpenWorks is an Arizona corporation with its principal place of business located in Phoenix, Arizona. Its business is to license the OpenWorks name, trademark, and standardized business operations to independent franchisees in exchange for a franchise fee. OpenWorks does not own or operate any of the OpenWorks branded commercial janitorial business. OpenWorks also does not control the day-to-day operations of any of its franchisees. Instead, independent franchisees own and operate each OpenWorks franchised janitorial services businesses that offers commercial janitorial services to OpenWorks's clients.

5. Specifically, OpenWorks enters into janitorial services contracts with commercial clients. These accounts may then be packaged with other similar contracts to culminate at one of seven (7) levels of a gross monthly dollar amount (the "initial monthly account volume") and assigned to OpenWorks franchisees. OpenWorks bills each client on a monthly basis and, after deducting fees and charges owed by a franchisee to under the franchise agreement, remits to the franchisee the balance of the gross monthly dollar amount for the franchise package purchased.

6. In my capacity as an officer of OpenWorks, I am familiar with the usual and customary business practices used to sell franchises to prospective OpenWorks franchisees and the purpose and contents of OpenWorks's documents used in connection with those practices.

7. Plaintiff in the Litigation entered into an OpenWorks Janitorial Franchise Agreement (the "Agreement") on September 12, 2016. The Agreement allowed Plaintiff to independently own and operate an OpenWorks franchised commercial janitorial services business.

9057100

OpenWorks does not own or operate and has never owned or operated Plaintiff's commercial janitorial services business nor has it ever controlled Plaintiff's day-to-day operations. OpenWorks has never hired, employed or supervised Plaintiff or any of the franchisee's employees. Attached to this declaration as Exhibit 1 is a true and correct copy of the Agreement and its attachments.

8. Prior to becoming an OpenWorks franchisee, Plaintiff received OpenWorks's Uniform Franchise Disclosure Document (the "FDD"). Attached to this declaration as Exhibit 2 is a true and correct copy of the FDD that Plaintiff received at least 14 business days prior to executing the Agreement.

9. On January 18, 2017, Plaintiff assigned all of her right, title, and interest as an OpenWorks franchisee under the Agreement to Ruth, LLC, a Colorado limited liability company. A true and correct copy of the Assignment of All Franchise Rights of Individual(s) to Their Entity executed by Plaintiff on July 18, 2017 is attached to this declaration as Exhibit 3.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2018.

_____
Katrina Hughes