**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   1:18-cv-02412-NRN

**RUTH MARK**,

Individually and on behalf of others
similarly situated,

    Plaintiffs,

v.

**O.P.E.N. AMERICA, INC. d/b/a OPENWORKS**,

    Defendant.

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY LITIGATION**

This Court having reviewed O.P.E.N. America, Inc. d/b/a/ OpenWorks's ("OpenWorks") Motion to Stay Litigation, and good cause appearing therefor,

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that this action shall be stayed pending the District Court for the District of Arizona's determination of Defendant's Petition to Compel Arbitration Pursuant to 9 U.S.C. § 4 and possible arbitration.

Dated: _____ 2018

                                                     Magistrate Judge