# EXHIBIT C

# EXHIBIT C

EXHIBIT C - 001

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Case No. 1:18-cv-02412-RBJ

O.P.E.N. AMERICA, INC., d.b.a.
OPENWORKS;

              Petitioner,

v.

RUTH, LLC, a Colorado limited liability
company; and RUTH MARK, an individual,

              Respondents.

## DECLARATION OF MATT ALEXANDER

I, Matt Alexander, declare under the penalty of perjury:

    1.     I am over 18 years of age and am competent to make this affidavit.

    2.     I am employed by O.P.E.N. America, Inc., d/b/a OpenWorks ("OpenWorks") as the Executive Assistant to OpenWorks' President and Chief Executive Officer and have held this position since May, 2018. I am duly authorized to make this Declaration.

    3.     This Declaration is based upon my own non-privileged personal knowledge of the matters set forth herein and I would testify to such matters were I called to do so in the lawsuit *Ruth Mark v. O.P.E.N. America, Inc., d/b/a OpenWorks*; Case No. 1:18-cv-02412-RBJ (the "Litigation").

    4.     On December 3, 2018, counsel for OpenWorks, André H. Merrett, requested a fully executed copy of the OpenWorks Janitorial Franchise Agreement entered into by and between OpenWorks and Ruth Mark on September 12, 2016 (the "Agreement").

    5.     Because I was out of town when Mr. Merrett requested a copy of the Agreement, I requested that several OpenWorks employees, including Judy Anderson, try to locate the Agreement.

    6.     On December 6, 2018, Ms. Anderson informed me that she tried to locate the Agreement in OPS, which is a folder located in OpenWorks' network drives. However, Ms. Anderson was only able to find a copy of an OpenWorks Janitorial Franchise Agreement dated

EXHIBIT C - 002

September 12, 2016, which was signed by Ruth Mark but not OpenWorks.  Ms. Anderson informed me that she would look for a hard copy of the Agreement in one of the filing cabinets in which OpenWorks maintains copies of documents kept in the regular course of its business activities, like the Agreement.

7.      On December 6, 2018, Ms. Anderson informed me that she found a copy of the Agreement in an OpenWorks filing cabinet.

8.      On December 6, 2018, Ms. Anderson provided a copy of the Agreement to me, which I then forwarded to Mr. Merrett.

9.      The Agreement that I provided to Mr. Merrett is attached to this declaration as **Exhibit A** and is in the same condition in which it was provided to me by Ms. Anderson, without any alteration, modification or supplementation whatsoever.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December _10_, 2018.

Matt Alexander

2

**EXHIBIT C - 003**

# EXHIBIT A

EXHIBIT A

**EXHIBIT C - 004**

# EXHIBIT C
# OPENWORKS

## JANITORIAL FRANCHISE
## AGREEMENT

# TABLE OF CONTENTS

| **Section** | | | **Page** |
|---|---|---|---|
| 1. | | PARTIES | 1 |
| 2. | | RECITALS | 2 |
| | 2.1 | Ownership of System | 2 |
| | 2.2 | Definition of Reasonable Business Judgment | 2 |
| | 2.3 | Nature of OpenWorks' Business | 2 |
| | 2.4 | Objectives of Parties | 2 |
| 3. | | DEFINITIONS | 2 |
| 4. | | GRANT OF FRANCHISE | 5 |
| | 4.1 | Granting Clause | 5 |
| | 4.2 | Term and Renewal | 5 |
| 5. | | SERVICES TO YOU | 6 |
| | 5.1 | Training | 6 |
| | 5.2 | Offering Accounts | 6 |
| | 5.3 | Starter Kit | 9 |
| | 5.4 | Billing, Collection and Payment | 10 |
| | 5.5 | Consultation | 10 |
| | 5.6 | Manual | 10 |
| | 5.7 | Advertising | 11 |
| | 5.8 | Suggested Suppliers | 12 |
| 6. | | PAYMENTS BY YOU | 12 |
| | 6.1 | Initial Fee | 12 |
| | 6.2 | Royalties | 13 |
| | 6.3 | Special Project Fees | 13 |
| | 6.4 | Advertising Fund Contributions | 13 |
| | 6.5 | Payment of Royalties and Advertising Fund Contributions | 14 |
| | 6.6 | Inspection of Records | 14 |
| | 6.7 | OpenWorks' Right to Audit Your Records | 14 |
| | 6.8 | Marketing Fee | 14 |
| | 6.9 | Extended Account Guarantee Fee | 16 |
| | 6.10 | Account Transfer Fee and Franchise Transfer Fee | 16 |
| | 6.11 | Interest on Late Payments | 16 |
| | 6.12 | Account Charges | 16 |
| | 6.13 | Cancellation Charges | 16 |

i

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 006**

|       | 6.14 | Minimum Account Service Fee ................................................................................ 17 |
|       | 6.15 | Background Check Fee ........................................................................................... 17 |
|       | 6.16 | Document Preparation Fee ..................................................................................... 17 |
|       | 6.17 | Manual Check Fee ................................................................................................. 17 |
|       | 6.18 | Equipment and Supplies ........................................................................................ 17 |
|       | 6.19 | Trouble Call Fee .................................................................................................... 17 |
|       | 6.20 | Lost Document Fee ................................................................................................ 17 |
|       | 6.21 | Legal Entity Fee .................................................................................................... 17 |
| 7.    | YOUR OBLIGATIONS ..................................................................................................... 18 |
|       | 7.1  | Use of Trade Name and Marks .............................................................................. 18 |
|       | 7.2  | Quality Control ..................................................................................................... 19 |
|       | 7.3  | Insurance and Bond .............................................................................................. 22 |
|       | 7.4  | Financial and Legal Responsibility ....................................................................... 23 |
|       | 7.5  | Pre-Existing Accounts .......................................................................................... 23 |
|       | 7.6  | Variances .............................................................................................................. 23 |
|       | 7.7  | Computer System .................................................................................................. 24 |
|       | 7.8  | Certificate of Tax Compliance ............................................................................. 24 |
| 8.    | RELATIONSHIP OF PARTIES ........................................................................................ 24 |
|       | 8.1  | Interest in Marks and System ................................................................................ 24 |
|       | 8.2  | Independent Status ................................................................................................ 24 |
|       | 8.3  | Display of Disclaimer ........................................................................................... 24 |
|       | 8.4  | Indemnification ..................................................................................................... 24 |
|       | 8.5  | Confidential Information ....................................................................................... 24 |
|       | 8.6  | Noncompetition ..................................................................................................... 25 |
|       | 8.7  | Non-Solicitation .................................................................................................... 26 |
|       | 8.8  | Modification .......................................................................................................... 26 |
|       | 8.9  | Lack of Prior Conflict ........................................................................................... 26 |
|       | 8.10 | Notification ........................................................................................................... 27 |
|       | 8.11 | Tolling of Time Periods ........................................................................................ 27 |
|       | 8.12 | Non-Disclosure and Non-Competition Agreements .............................................. 27 |
| 9.    | TRANSFER ...................................................................................................................... 27 |
|       | 9.1  | Purpose of Conditions for Approval of Transfer .................................................. 27 |
|       | 9.2  | Notice of Proposed Transfer ................................................................................. 27 |
|       | 9.3  | Consent by OpenWorks ......................................................................................... 27 |
|       | 9.4  | Conditions for Consent to Transfer ....................................................................... 28 |

ii

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 007**

| | | |
|---|---|---|
| 9.5 | Waivers of Some Conditions Upon Certain Types of Transfers | 29 |
| 9.6 | OpenWorks' Right of First Refusal | 30 |
| 9.7 | Assignment by OpenWorks | 30 |
| 9.8 | Legend | 30 |
| 10. | TERMINATION OF FRANCHISE | 30 |
| 10.1 | Termination by Consent of the Parties | 30 |
| 10.2 | Termination by OpenWorks | 30 |
| 10.3 | Termination by You | 32 |
| 10.4 | Rights and Obligations After Termination | 32 |
| 11. | MISCELLANEOUS PROVISIONS | 33 |
| 11.1 | Construction of Contract | 33 |
| 11.2 | Governing Law | 33 |
| 11.3 | Notices | 33 |
| 11.4 | Amendments | 33 |
| 11.5 | Waiver | 34 |
| 11.6 | Integration | 34 |
| 11.7 | Modification | 34 |
| 11.8 | Arbitration | 34 |
| 11.9 | Injunctive Remedy for Breach | 35 |
| 11.10 | Limitation of Actions | 35 |
| 11.11 | Attorneys' Fees and Costs | 36 |
| 11.12 | Severability | 36 |
| 11.13 | Approval and Guarantees | 36 |
| 11.14 | Acceptance by OpenWorks | 36 |
| 11.15 | Indulgences, Not Waivers | 36 |
| 11.16 | Execution in Counterparts | 36 |
| 11.17 | Time of Essence | 36 |
| 11.18 | Franchisor Limited Liability | 36 |
| 11.19 | Disclaimer of Representations | 38 |

ATTACHMENTS

Attachment 1:     Business Starter Packages
Attachment 2:     Terms
Attachment 3:     Personal Guaranty
Attachment 4:     Non-Disclosure and Non-Competition Agreement
Attachment 5:     Trademarks
Attachment 6:     Spousal Consent
Attachment 7:     Illinois Addendum

iv

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 009**

## INDEX OF DEFINED TERMS

| Term | Section of Agreement Where Defined |
|---|---|
| Account Assignment Agreement | 5.2.5 |
| Account | 3.1 |
| Account Volume | 3.2 |
| Additional Account Volume | 3.4 |
| Additional Accounts | 5.2.2 |
| Advertising Fund | 5.7.1 |
| AdVol | 5.2.2 |
| Affiliate | 3.5 |
| Agreement | 3.6, Attachments 3 & 4 |
| Area | 8.6.4, Attachment 4 |
| Claim | 11.8 |
| Competitive Business | 8.6.3, Attachment 4 |
| Confidential Information | 3.7, Attachment 4 |
| Counterclaim | 11.8.4 |
| Designated Manager | 3.8 |
| Effective Date | 3.9 |
| Existing Account | 7.5 |
| Fluent in English | 7.2.12 |
| Franchisee | 1, Attachments 3 & 4 |
| Franchise Network | 3.11 |
| Franchise Package | 3.12 |
| Good Standing | 3.13 |
| Gross Revenue | 3.14 |
| Inactive Month | 6.14 |
| Initial Notice | 11.8.1 |
| Initial Resolution | 11.8.2 |
| Initiator | 11.8.1 |
| Janitorial Service | 3.15 |
| Maintenance Agreements | 3.16 |
| Manual | 3.17 |
| Marks | 3.18 |
| Minimum Account Service Fee | 6.14 |
| OpenWorks | 1, 3.20 and Attachment 3 |
| Purchase Contract | 5.2.2 |
| Reasonable Business Judgment | 2.2 |
| Required Transfer | 1 |
| Respondent | 11.8.1 |
| Response | 11.8.3 |
| Second Notice | 11.8.3a |
| Second Resolution | 11.8.3a |
| Special Project Fee | 6.3 |
| Substantial Interest | 3.5 |
| System | 3.22 |
| Termination | 3.23 |
| Territory | 3.24 |
| Time Period | 8.6.2, Attachment 4 |
| Trade Names | 3.25 |
| Transfer | 3.26 |
| You | 1, 3.27 |

v

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 010**

## OPENWORKS FRANCHISE AGREEMENT

### 1.    PARTIES

This Agreement is signed on ___SEPTEMBER 12___, 201_6_ ("**Effective Date**") by and between O.P.E.N. America, Inc., an Arizona corporation doing business as OpenWorks ("**OpenWorks**"), with its principal office located at 4742 North 24th Street, Suite 450, Phoenix, Arizona 85016, and

RUTH MARK

hereinafter referred to singularly or collectively as "**You**" or "**Franchisee**," a:

[   ] Corporation,    [   ] Limited Liability Company, under the laws of the State of ___COLORADO___. If you are an individual, you agree to Transfer all of your rights and obligations under this Agreement to a legal entity of which you beneficially own 100% of the equity within 90 days after the Effective Date (the "**Required Transfer**"). If you fail to complete the Required Transfer within 90 days of the Effective Date, you agree to pay OpenWorks a fee of $500 per month until such Required Transfer is complete as required by Section 6.21.

**Address, Telephone, Social Security # and/or Federal Tax I.D.:**

The information below is to be completed for you, if you are an individual, or for each individual partner of the partnership, or for each shareholder of the corporation, or for each member of the limited liability company, as indicated above. You are required to maintain an active telephone number and e-mail address and to notify OpenWorks of any changes. The Franchisee represents that the following information is true and complete:

| **Name** | **Residential Address** | **Telephone** | **E-Mail** | **Federal Tax ID or Social Security #** |
|---|---|---|---|---|
| RUTH MARK | 2360 S. QUEBEC ST, APT 205 DENVER, CO 80231 | 303-667-1598 | ruthsaid@y mail.com | 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 |
| | | | | |
| | | | | |

**Federal Tax I.D. if a partnership, corporation or limited liability company:**
**Designated Manager Name:** _____.

### FRANCHISE SUMMARY

Franchise Package: OW. -3

Territory:

Initial Monthly Account Volume: $3,000.00

Fulfillment Period (Days): 120

Down Payment: $ 5,000.00

Amount Financed: $10,200.00 (Interest 12%)

Terms (months): 24

Monthly Installments: $ 480.14

Date Franchisee received UFDD (should be same date as on Receipt page): 08/18/2016

Date of Franchisee first personal meeting with OpenWorks rep to discuss purchase of franchise: 08/18/2016

Date Franchisee received complete executable copy of Franchise Agreement: 08/18/2016

1

2622019.2 03/16

INT __RM__ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 011**

**Date Franchisee signed this Agreement:** 09/12/2016

**Date Franchisee delivered any down payment, deposit or other payment:** 09/12/2016

## 2.    RECITALS

**2.1    Ownership of System.** OpenWorks is the owner of certain intellectual property rights, including its Trade Names and the Marks, the distinctiveness and value of which you acknowledge. OpenWorks has spent a considerable amount of time, effort and money to devise, and continues to develop, business methods, technical knowledge and marketing concepts including, but not limited to, trade secrets, commercial ideas, advertising materials, marketing strategies, information on sources of supply, administrative procedures, business forms, and employee training techniques that, taken together, comprise a proprietary System for the operation of Janitorial Services that offer commercial janitorial and other facility services to Accounts pursuant to Maintenance Agreements, all of which are designed to enhance the reputation and goodwill with the public of the services offered pursuant to the System. OpenWorks may, from time to time, add to, amend, modify, delete or enhance any portion of the System (including any of the Trade Names and Marks) as may be necessary in OpenWorks' Reasonable Business Judgment (as defined below) to change, maintain or enhance the System, TradeNames, Marks or reputation, efficiency, competitiveness and/or quality of the System, or to adapt it to new conditions, materials or technology, or to better serve the public. You will fully comply, at your own expense, with all such additions or modifications reasonably designated as applicable to then existing franchise owners similarly situated.

**2.2    Definition of Reasonable Business Judgment.** OpenWorks agrees to use "Reasonable Business Judgment" in the exercise of its rights, obligations and discretion under this Agreement except where otherwise indicated in this Agreement. "Reasonable Business Judgment" means that OpenWorks' determination shall prevail even in cases where other alternatives are also reasonable so long as OpenWorks is intending to benefit or is acting in a way that could benefit the System by enhancing the value of the Marks, increasing customer satisfaction, or minimizing possible customer brand or location confusion. OpenWorks shall not be required to consider your particular economic or other circumstances when exercising its Reasonable Business Judgment. At no time are you or any third party (including, but not limited to any third party acting as a trier of fact) entitled to substitute your or its judgment for a judgment that has been made by or on behalf of OpenWorks and that meets the definition of Reasonable Business Judgment in recognition of the fact that the long-term goals of a franchised system, and the long-term interests of both OpenWorks and all franchise owners, taken together, require that OpenWorks have the latitude to exercise Reasonable Business Judgment.

**2.3    Nature of OpenWorks' Business.** OpenWorks is in the business of franchising other parties to operate businesses using OpenWorks' Trade Names, Marks and System.

**2.4    Objectives of Parties.** OpenWorks wishes to grant you and you wish to accept from OpenWorks a franchise to engage in the Janitorial Services described in this Agreement, using the Trade Names, Marks and System, upon the terms and conditions set forth in this Agreement.

## 3.    DEFINITIONS. 
For purposes of this Agreement, when any of the following terms begin with capital letters, their meanings are as defined in this <u>Article 3</u> or elsewhere in this Agreement where the term appears in bold type and quotation marks:

**3.1    "Account"** means a customer who has entered into a Maintenance Agreement with OpenWorks for the performance of janitorial and/or other facility services at the customer's premises.

2

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 012**

**3.2** "**Account Volume**" means the gross dollar volume per month that should be generated by the Accounts assigned to you by OpenWorks.

**3.3** "**Additional Accounts**" has the meaning ascribed to it in Section 5.2.2.

**3.4** "**Additional Account Volume**" means the gross dollar volume per month that should be generated by the Additional Accounts that you purchased the rights to service from OpenWorks.

**3.5** "**Affiliate**" means people and companies associated with OpenWorks or you, as the context indicates, including, but not limited to, spouses, members of your household, owners, general partners, limited partners owning a Substantial Interest in OpenWorks or you, shareholders owning a Substantial Interest in OpenWorks or you, corporations in which OpenWorks or you have a Substantial Interest, corporations in which any person or entity owning a Substantial Interest in you also has a Substantial Interest, or officers, directors, employees or agents of OpenWorks or you.  As used in this paragraph, the phrase "**Substantial Interest**" means the right to 10% or more of the capital or earnings of a partnership or limited liability company, or alternatively, ownership of 10% or more of the voting stock of a corporation.

**3.6** "**Agreement**" means this Franchise Agreement, together with its attachments and all amendments hereto.

**3.7** "**Confidential Information**" means proprietary and/or confidential information and trade secrets of OpenWorks and the System, including without limitation training materials, programs, methods, techniques, specifications, standards, systems, procedures, sales and marketing programs and strategies, manuals, financial data, knowledge of specifications for and suppliers of equipment, supplies and services, bidding, pricing and billing methods, existing and prospective customer lists and information about them and their service contracts, at any time existing or under consideration, for the operation of OpenWorks regional offices and commercial janitorial and other facility service businesses.

**3.8** "**Designated Manager**" means the specific individual who will be responsible for the day-to-day management of the Janitorial Services.

**3.9** "**Effective Date**" means the date of the Agreement as set forth in Article 1.

**3.10** "**Fluent in English**" has the meaning ascribed to it in Section 7.2.12.

**3.11** "**Franchise Network**" means the interdependent network composed of OpenWorks, all OpenWorks franchisees, OpenWorks' Affiliates, and any other people or business entities that it has licensed to use the Trade Names, Marks, System or any of them.

**3.12** "**Franchise Package**" means one of four different programs offered by OpenWorks, each generating a different amount of Initial Account Volume.

**3.13** "**Good Standing**" means timely compliance by you and your Affiliates with all provisions of this Agreement, the Manual and any other agreement with OpenWorks, specifically including, but not limited to, provisions for timely payment of amounts owed by you to OpenWorks or its Affiliates and for any Account's satisfaction with your Janitorial Service.

**3.14** "**Gross Revenue**" means the total amount of money received by OpenWorks and its Affiliates or you or your Affiliates from Accounts for all services rendered by you or your Affiliates within an accounting period.

3

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 013**

**3.15** "**Janitorial Service**" means the business of providing commercial janitorial and other facility services that OpenWorks has authorized you to conduct under the Trade Names, Marks and System pursuant to this Agreement.

**3.16** "**Maintenance Agreements**" means written contracts between OpenWorks and customers for the provision of commercial janitorial and other facility services at the customer premises.

**3.17** "**Manual**" means the Operations Manual, instructions and other correspondence that OpenWorks will lend or communicate to you during the term of this Agreement, covering the operation of the franchised business, as each may be amended and/or supplemented from time to time. The Manual contains forms and requirements for the establishment, promotion and operation of a Janitorial Service and for use of OpenWorks' Trade Name and Marks.

**3.18** "**Marks**" means the word mark "OpenWorks," the design mark "OpenWorks and design," and other selected trademarks, service marks, trade dress, logotypes, slogans and other commercial symbols licensed by OpenWorks to you under this Agreement from time to time. A list of additional trademarks is included as Attachment 5 to this Agreement.

**3.19** "**Franchise Disclosure Document**" means the Uniform Franchise Disclosure Document to which this Agreement was attached and which was previously or contemporaneously provided to you.

**3.20** "**OpenWorks**" means O.P.E.N. America, Inc., an Arizona corporation, or any person or entity to which OpenWorks allocates all or part of its rights and obligations under this Agreement.

**3.21** "**Purchase Contract**" has the meaning set forth in Section 5.2.2.

**3.22** "**System**" means the Confidential Information, and the other business methods, technical knowledge and marketing concepts licensed by OpenWorks to you under this Agreement, including, but not limited to, the right to use OpenWorks' processes, purchasing arrangements, commercial ideas, advertising materials, information on sources of supply, administrative procedures and business forms.

**3.23** "**Termination**" means the expiration and non-renewal of this Agreement, the early termination of this Agreement under any circumstances, and the cessation of your rights to use the Trade Names, Marks and System.

**3.24** "**Territory**" means the geographic boundaries of the county as identified in Article 1, within which you will operate your Janitorial Service.

**3.25** "**Trade Names**" means the commercial names "OpenWorks," "OpenWorks of [name of state or other geographic designation]," and other selected trade names licensed by OpenWorks to you under this Agreement from time to time.

**3.26** "**Transfer**" means any sale, gift, or other change in ownership of all or any part of the rights and obligations of this Agreement or of all or substantially all of the assets of the Janitorial Service (including without limitation, Accounts), or of an ownership interest in you (if you are a corporation or other legal entity) of a magnitude at least as great as that described in this Section. If you are a partnership or limited liability company, then one or more transactions (regardless of whether or not they are related) in which there is a cumulative change in the rights to 34% or more of your capital, profits, or distributions of profits will be considered to be a Transfer. If you are a corporation, then one or more transactions (regardless of whether or not they are related) in which there is a cumulative change in beneficial ownership of 34% or more of your voting stock will be considered to be a Transfer.

4

2622019.2 03/16

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 014**

**3.27** **"You"** means the person or entity that is named as you in Article 1 of this Agreement and your Designated Manager, as the context requires. "You" means, in addition, all people or entities that succeed to the interest of the original you by Transfer or operation of law.

## 4.    GRANT OF FRANCHISE.

### 4.1    Granting Clause.

**4.1.1    Non-exclusive Territory.** Subject to all the terms and conditions set forth in this Agreement, OpenWorks grants to you and you accept from OpenWorks a non-exclusive franchise to operate the Janitorial Service described in this Agreement solely within the Territory using the Trade Names, Marks and System in accordance with the terms of this Agreement. OpenWorks reserves all rights in the Trade Names, Marks and System not expressly granted in this Agreement. Your right to operate within the Territory is not exclusive. Other franchisees may compete there as there may be multiple franchisees in a territory. OpenWorks may compete with you in your Territory, including through alternative methods of distribution. You may, and OpenWorks encourages you to, solicit new business within your Territory, but may not solicit business from existing OpenWorks customers or prospects where an active OpenWorks or other franchisee bid (within the previous six (6) months) exists. OpenWorks will not bid against you itself. You may only solicit business within your Territory and only from prospects with their principal place of business located within your Territory. You may not service prospects located outside of your Territory, even if you did not solicit the business. OpenWorks reserves the right to compete with you under other tradenames or trademarks and offer services that are similar or complimentary to those provided by your franchise.

**4.1.2    Additional Accounts.** You will not have an option to purchase additional franchises. However, you may request that OpenWorks provide you with additional accounts to be serviced under your existing franchise for a marketing fee. Such approval will be made in OpenWorks' sole discretion. To purchase additional accounts, you must execute an amendment to this Agreement, and if you finance the marketing fee, you must execute a promissory note.

### 4.2    Term and Renewal.

**4.2.1    Initial Term.** The initial term of the franchise will begin on the Effective Date and will continue for a period of ten years unless terminated earlier pursuant to Article 10.

**4.2.2    Renewal.** You will have the right to renew the franchise for your Janitorial Service for two additional ten year terms on the same terms and conditions as those on which OpenWorks is customarily granting new franchises at the time of renewal, if at the time of each renewal the following conditions are fulfilled:

(a)    You and your Affiliates are in Good Standing under this Agreement, any other agreement between OpenWorks or its Affiliates and you, and the Manual;

(b)    You have notified OpenWorks in writing at least 180 days before the expiration date of the then current agreement of your desire to renew;

(c)    You and any Affiliates that have signed this Agreement have signed a copy of the new franchise agreement not less than 30 days prior to the expiration of the then current agreement or 150 days after you receive a copy of the new Franchise Agreement from OpenWorks, whichever is later; and

5

(d)     You and any Affiliates that are parties to this Agreement have signed a general release of claims in a form satisfactory to OpenWorks with respect to past dealings with OpenWorks and its Affiliates.

You understand that the terms of the standard franchise agreement in use by OpenWorks at the times of renewal may contain materially different terms than those contained in this Agreement, including, but not limited to (i) increased royalties and Advertising Fund contributions, (ii) different performance standards and (iii) execution of a general release in a form satisfactory to OpenWorks of any and all claims against OpenWorks or its Affiliates.

**5.     SERVICES TO YOU.** OpenWorks agrees to perform the following services for you, at locations selected by OpenWorks, provided that you are, at the time when service is to be rendered, in Good Standing under this Agreement, any other agreement with OpenWorks or its Affiliates, and the Manual:

### 5.1     Training.

**5.1.1     Initial Training.** Before the opening of your Janitorial Service business, OpenWorks will conduct an initial training program in the operation of the Janitorial Service under OpenWorks' System for you and any of your employees who wish to attend at the same time, at no charge to you. You must attend and successfully complete the initial training program to the satisfaction of OpenWorks, as evidenced by a Certificate of Completion of Initial Training awarded by OpenWorks, before you may start operating your Franchise. The initial training program is offered once a month. You must complete the program within 45 days of signing your Franchise Agreement. Any Designated Manager of your Janitorial Service business must also attend and successfully complete the initial training program to the satisfaction of OpenWorks. OpenWorks will charge you a fee for any initial training provided to anyone after the first initial training program.

**5.1.2     Continuing Education.** OpenWorks may offer continuing education programs on matters related to the operation or promotion of the Janitorial Service on an optional or mandatory basis, as it considers appropriate. OpenWorks may charge you up to $150 per class for these programs. OpenWorks reserves the right to adjust this fee at any time in OpenWorks discretion.

### 5.2     Offering Accounts.

**5.2.1     Initial Accounts.** After you have successfully completed the initial training, signed OpenWorks' Certificate of Completion of Initial Training, picked up your equipment, delivered a copy of your business license and entity/organizational documents, and paid the initial franchise fee, OpenWorks will offer you the initial Account Volume promised in Section 6.1 of this Agreement within the fulfillment period for the Franchise Package you purchase. OpenWorks will contact you by the method it chooses (e.g., by telephone or e-mail) and give you a certain amount of time to accept or refuse the Account. If you do not respond during that time period, you will be deemed to have refused the Account. OpenWorks' fulfillment periods are as follows for each Franchise Package:

| Package | Initial Monthly Account Volume | Fulfillment Period (Days) |
|---------|-------------------------------|---------------------------|
| OW 3    | 3,000                         | 120                       |
| OW 5    | 5,000                         | 180                       |
| OW 7    | 7,000                         | 240                       |

6

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 016**

| Package | Initial Monthly Account Volume | Fulfillment Period (Days) |
|---|---|---|
| OW 10 | 10,000 | 330 |
| OW 15 | 15,000 | 480 |
| OW 20 | 20,000 | 630 |
| OW 25 | 25,000 | 780 |

If you and OpenWorks agree to an initial monthly account volume greater than $25,000, the additional account volume will be offered in increments of 5,000 and increments of 150 days in the fulfillment period.

If OpenWorks does not offer Accounts having the promised initial Account Volume within the required fulfillment period, you will be entitled upon written request to a refund of a portion of your initial franchise fee, as described in Section 6.1 of this Agreement. Such a refund will fulfill OpenWorks' obligation to offer the remaining portion of the initial Account Volume. If you do not make a written request for a refund within 30 days after the end of the fulfillment period, you will be deemed to have waived your right to a refund, but OpenWorks will remain obligated to offer you the remaining portion of the initial Account Volume for the franchise package you selected.

If, during the fulfillment period, you commit any default that would justify termination of an Account or of this Agreement (including but not limited to the performance and noncompliance issues set forth in the Account Satisfaction provisions at Section 7.2.5) OpenWorks may, at its option, suspend the fulfillment period until the default is cured instead of terminating your service to an Account or terminating this Agreement. If it appears, in OpenWorks' Reasonable Business Judgment, that you cannot or will not cure the default, OpenWorks may require you to repeat the initial training course. OpenWorks' fulfillment obligations to you are suspended until you successfully complete training. If you fail to successfully complete the initial training course during your original fulfillment period, then OpenWorks' fulfillment obligations to you will cease. Once you have cured the default or have successfully completed retraining course within the required time frame, the prior fulfillment period will be cancelled and a new fulfillment period will begin to run.

    **5.2.2   Additional Accounts.**  You will not have the option to purchase additional franchises. However, you may request Additional Accounts from OpenWorks. "**Additional Accounts**" are new Accounts, or an increase in the dollar Account Volume of an existing Account you are already servicing (through increased occupancy, additional services, or for any other reason), offered to you by OpenWorks over and above the Initial Account Volume ("**AdVol**"), under any of the following scenarios:

    (a)    You may request OpenWorks to provide you with Additional Accounts;

    (b)    OpenWorks may offer Additional Accounts to you on its own;

    (c)    OpenWorks, in conjunction with a proposed increase in an Account you are servicing, will require you to purchase an increase in the dollar Account Volume of that Account, and OpenWorks will assess a Marketing Fee (as defined in Section 6.8) from you that is based on the increase; or

    (d)    OpenWorks, in conjunction with assigning an Account to you under a previous obligation (Purchase Contract or replacement Account), will require you to purchase the overage if the acceptance of that Account would cause the gross dollar volume under that Purchase Contract to exceed the contract amount.

7

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 017**

In each of these cases, you are required to execute an amendment to the Franchise Agreement (a "**Purchase Contract**"), signifying the purchase of the right to service one or more Additional Accounts, and to pay the appropriate Marketing Fee as provided in Section 6.8.1 of this Agreement. You are deemed to have accepted the AdVol after you have serviced the account three times, regardless of when the Purchase Contract is executed and after the third service time OpenWorks will impose any applicable Marketing Fee as of the date that you first serviced the account. OpenWorks may have outstanding obligations to offer you Accounts under more than one Purchase Contract at a time. Assignment of a given Account, if of sufficient monthly billing magnitude, may help to fulfill OpenWorks' obligations to offer you Accounts under more than one Purchase Contract.

You agree that OpenWorks is under no obligation to provide you with Additional Accounts and may do so solely at its own discretion.

**5.2.3   Trial Period.** You may refuse up to three separate new Accounts from the initial Account Volume offered (whether offered telephonically or otherwise and whether or not accompanied by an actual assignment) by OpenWorks for any reason whatsoever during the term of this Agreement. However, each refusal of an offered Account (whether offered telephonically or otherwise and whether or not accompanied by an actual assignment) from the initial Account Volume will extend the fulfillment period by an additional 30 days. After three refusals (whether orally or in writing), any Account offer from the initial Account Volume, that is initially refused by you or to which you discontinue services after accepting an Account will reduce the Account Volume OpenWorks is obligated to offer you by the amount of the Account offered and will also, at OpenWorks' sole discretion, extend the fulfillment period by an additional 30 days.

You have a trial period of 30 days from the date that service under the Maintenance Agreement for the Account is scheduled to commence to refuse an Account. Your refusal of any Account (whether orally or in writing) will not relieve you of any payment obligations to OpenWorks, including without limitation your obligations under promissory notes for installments of your initial franchise fee or any Marketing Fee. OpenWorks must actually receive a notice of refusal (whether orally or in writing) within the 30-day period in order for it to be effective. If you fail to give a notice of refusal, or if OpenWorks does not actually receive it within the 30-day period, you will have waived your right to refuse the Account. You will lose your right to refuse an Account if at any time that you are obligated to service the Account you fail to do so in accordance with the Maintenance Agreement, work schedule, and the Manual.

If you refuse an offered Account during the 30-day trial period, OpenWorks will use commercially reasonable efforts to locate another franchisee to service the Account. **You must continue servicing the Account in good faith until the earlier of (i) the commencement of services by another franchisee, or (ii) 30 days after OpenWorks actually received your notice refusing the Account.**

**5.2.4   Replacement of Accounts.** If any of OpenWorks' initial Accounts terminate their Maintenance Agreements within one year after the Maintenance Agreements commence, OpenWorks will offer you replacement Accounts within 150 days, subject to the conditions set out in this Section. If any of your Additional Accounts terminate their Maintenance Agreements within six months after their Maintenance Agreements commence, OpenWorks will offer you replacement Accounts within 150 days, subject to the conditions set out in this Section. The foregoing guarantees do not apply to Accounts that are terminated as a result of any wrongful act, omission, negligence or nonprofessional interaction with the Account by you or your agents or Affiliates, including but not limited to, theft or breakage of property, failure to reset security alarm systems, duplication of Account keys, being argumentative with the Account and violations of Section 7.2.5 of this Agreement pertaining to an Account's satisfaction with your Janitorial Service. OpenWorks is not obligated to replace any Account lost by you because of the Account's dissatisfaction or request that service be provided by another

8

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 018**

franchisee. OpenWorks may act in its sole discretion in determining if the Account has been terminated due to your or your agents' or Affiliates' wrongful act, omission, negligence or nonprofessional interaction with an Account or the Account's dissatisfaction. OpenWorks is not obligated to replace replacement Accounts.

Replacement Account(s) will be the same or a greater monthly billing magnitude as the Account(s) they replace. If the monthly billing volume of the replacement Account(s) is greater than the terminated Account(s), OpenWorks may assess a Marketing Fee from you that is based on the overage.

        **5.2.5   Account Assignment Agreement.** Each assignment to you of a new Account or an increase in an existing Account, beginning with the assignments of Accounts to fulfill your Initial Account Volume, will be made pursuant to a separate Agreement for Account Assignment or Increase (an "**Account Assignment Agreement**"), which will have its own date, Account information, and if applicable, Marketing Fee. By accepting the new Account or increase in an existing Account and performing services, you agree to all of the applicable terms set forth in this Agreement and in each Account Assignment Agreement as of the date of acceptance, regardless of the date of which you sign the Account Assignment Agreement, which are hereby incorporated herein by reference, including without limitation, the following:

    (a)    You acknowledge receiving a copy of the Maintenance Agreement and work schedule for the assigned Account.

    (b)    You agree to service the Account and comply strictly with the terms of the Maintenance Agreement and work schedule for the assigned Account, all according to the Manual and the standards, procedures and policies established by OpenWorks from time to time.

    (c)    You certify that you have sufficient resources to service the assigned Account, including working capital to purchase all needed supplies and equipment, and to meet all expected payrolls for the first 45 days.

    (d)    If any portion of the assigned Account is an Additional Account (additional business in excess of the Initial Account Volume or replacement Account volume OpenWorks is required to provide you), then you agree to pay OpenWorks the Marketing Fee stated in the Account Assignment Agreement.

    (e)    You acknowledge that OpenWorks has made no representations to you about how long the Account will use your services except as expressly stated in the Maintenance Agreement. You understand that there is no assurance that the Account will renew or extend the Maintenance Agreement. OpenWorks retains all rights as the contracting party with the Account.

    (f)    If you discontinue services for the assigned Account at any time for any reason, you agree to immediately turn over to OpenWorks the Account's keys, security codes and cards in your possession or the possession of your employees. If you do not do so, you agree to pay OpenWorks all charges assessed by the Account plus $500 a day until the Account's keys, codes and cards are delivered to OpenWorks.

        **5.2.6   Accounts Obtained by You.** You are encouraged to solicit and procure janitorial client Accounts on your own behalf. You must conduct all marketing activities in strict conformity with the guidelines, policies and procedures set forth in the Manual. OpenWorks must sign a Maintenance Agreement with these Accounts and will provide the same administrative services to support these Accounts as it does to support Accounts it procures for you. You will pay all the same types of fees

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 019**

in regard to these Accounts as you do in regard to Accounts procured by OpenWorks for you except that you will not be required to pay a Marketing Fee to OpenWorks for Accounts you obtain solely as the result of your own efforts. OpenWorks will impose the fees as of the date you begin servicing the Account unless we agree in writing that certain service calls or services are specifically excluded. Upon the Termination of this Agreement, Accounts you have procured must be assigned to OpenWorks if these Accounts do not already have a signed Maintenance Agreement with OpenWorks. In furtherance of this requirement, upon Transfer or Termination, you will immediately provide OpenWorks with a list of all Accounts and customers and facilities you are servicing or had serviced at any date during the 12 months preceding the date of such Transfer or Termination.

**5.3     Starter Kit.** At no additional charge, OpenWorks will provide you with an equipment and supply kit to commence your Janitorial Service. The current starter kit being provided by OpenWorks is described in Attachment 1. OpenWorks may substitute different brand names or make changes in specifications, but any substituted or changed item will be of equal or greater value and/or quality.

**5.4     Billing, Collection and Payment.**

**5.4.1     Billing and Collection Service.** OpenWorks will provide billing and collection service for you. You must use this service and may not bill Accounts yourself. No later than the 2nd business day of each month, you must send to OpenWorks a statement of all services rendered by you during that month in the form currently prescribed by OpenWorks. Within 45 days after the end of each month, OpenWorks will send you your Gross Revenue for that month, after deduction of any sums currently due and payable by you to OpenWorks under this Agreement. OpenWorks may adjust the deadlines for reporting by you and payment by OpenWorks if, in its sole discretion, such adjustments are made necessary by general changes in the payment practices of Accounts in the area. You will be notified in writing of any such adjustments.

**5.4.2     Limited Cash Flow Protection Service.** At the time of sending your monthly Gross Revenue to you, OpenWorks will advance you a sum equal to any delinquent payments that should have been, but were not, received by OpenWorks from any Accounts you serviced during the month for which payment is made if the following four requirements are met:

(a)     The Account was not delinquent in the immediately preceding month;

(b)     OpenWorks had not previously instructed you to terminate service to the Account;

(c)     The Account was originally provided by OpenWorks; and

(d)     You submitted to OpenWorks the monthly statement of all services rendered by you, including services rendered to the delinquent Account, in a timely manner and in the form prescribed by OpenWorks.

**5.4.3     Cost of Collection.** OpenWorks is entitled to recover from you any costs it incurs, including but not limited to attorneys' and accountants' costs and fees, filing fees, delivery and photocopying charges, and costs of discovery, in collecting monies owed you by Accounts for your services. OpenWorks may apply to this obligation any monies paid to OpenWorks by you or for your Account.

Any such sums advanced to you by OpenWorks must be paid to OpenWorks within 90 days after the date upon which payment was due from the Account whose payment was delinquent. Thereafter, you must repay OpenWorks or it may deduct amounts owed to it by you for such advances from any and all money

2622019.2  03/16

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 020**

collected by OpenWorks on your behalf. You must pay OpenWorks interest at the rate of 12% per year on any advances for which OpenWorks has not been reimbursed within 90 days after the date upon which payment was due from the Account.

**5.5     Consultation**. Upon your request, OpenWorks will use commercially reasonable efforts to make its personnel available to you for consultation regarding operation of the Janitorial Service.

**5.6     Manual**. OpenWorks will lend you a Manual containing information on operational methods, safety, rules and policies, marketing, names of approved suppliers, and other information that OpenWorks believes will be necessary or helpful to you in your operation of the Janitorial Service. OpenWorks may revise the Manual periodically to conform to the changing needs of the Franchise Network and will distribute updates to you verbally, on the Internet, by email or in the form of memoranda containing these revisions. You are required to operate your Janitorial Service in accordance with the Manual and any of its revisions. In the event of any dispute regarding the Manual, the terms of the master copy maintained by OpenWorks shall be controlling.

**5.7     Advertising**.

**5.7.1     Advertising Fund**. OpenWorks has established an advertising fund (an "**Advertising Fund**") to pool advertising monies of OpenWorks and each of its franchisees so as to achieve greater benefits for all in promoting the OpenWorks brand and its Trade Names and Marks. OpenWorks may, at its option, establish additional Advertising Funds. You must pay to OpenWorks as a contribution to the Advertising Fund up to 1% of your Gross Revenue, payable at the same times and in the same manner as royalties. OpenWorks currently contributes to the Advertising Fund in excess of franchisee contributions for its commercial accounts; however, OpenWorks reserves the right to decrease its contribution amounts in the future. OpenWorks shall administratively segregate all contributions to the Advertising Fund on its books and records. However, any payments to the Advertising Fund may, at OpenWorks' discretion, be deposited in OpenWorks' general operating account; may be commingled with OpenWorks' general operating funds; and may be deemed an asset of OpenWorks, subject, however, to OpenWorks' obligation to expend the monies in the Advertising Fund in accordance with the terms hereof. OpenWorks may, in its sole discretion, elect to accumulate monies in the Advertising Fund for such periods of time as it deems necessary or appropriate, with no obligation to expend all monies received in any fiscal year during such fiscal year. From time to time, OpenWorks' expenditures for advertising in any fiscal year may exceed the total amount contributed to the Advertising Fund during such fiscal year. In such event, OpenWorks shall have the right to be reimbursed to the extent of such excess contributions from any amounts subsequently contributed to the Advertising Fund or to use such excess as a credit against its future contributions. The parties do not intend that the Advertising Fund be deemed a trust.

**5.7.2     Use of Funds**. The Advertising Fund may be used to pay for market research, development, branding, quality assurance, advertising materials, promotion or public relations programs, media placement for a national or regional advertising program, a referral program, or any combination of them, as OpenWorks, in its sole discretion, may deem necessary or appropriate to advertise or promote OpenWorks and to assure and enhance the name, goodwill, reputation and quality of the System and OpenWorks' brand, Trade Names and Marks. OpenWorks shall direct all such programs and activities, with sole discretion over the methods, types of support (including without limitation, training, account quality visits and written materials), creative concepts, materials, endorsements and media used, and the timing, placement and allocation thereof. You agree that the Advertising Fund may be used to meet any and all costs of maintaining, administering, developing, creating, directing and preparing national, regional or local research, development, quality assurance, advertising and promotion materials, branding programs, advertising programs and activities, including without limitation, the costs of creating, preparing and conducting test marketing, surveys, direct mail/distribution, couponing, television, radio,

11

2622019.2 03/16

INT_____/ INT_____
Unit Janitorial Franchise Agreement

EXHIBIT C - 021

magazine, bill board, newspaper and other media programs and activities, training and inspection programs, updated Manuals and the costs of hiring others to assist OpenWorks. OpenWorks may initiate Advertising Fund projects that are national or regional in scope and may also make allocations of Advertising Fund monies to local groups of franchisees or individual franchisees when OpenWorks considers it desirable. Because the benefits of advertising and promotion are difficult to measure with precision, OpenWorks reserves the unqualified right to determine, in its sole discretion, how Advertising Fund monies will be spent; provided that the monies must be used in a manner that is described above. You understand and acknowledge that the Advertising Fund is intended to maximize general public recognition and acceptance of the Trade Names and Marks for the benefit of the System as a whole and that OpenWorks undertakes no obligation in administering the Advertising Fund to ensure that any particular franchisee benefits directly or pro rata from the Advertising Fund. OpenWorks reserves the right to terminate the Advertising Fund, but in such event will spend or use all remaining Advertising Fund assets for advertising in accordance with this Section.

       **5.7.3   Reports.** OpenWorks will prepare an annual summary of the percentages spent on production, media placement, administrative expenses and other categories as appropriate from the Advertising Fund in the prior year. This summary will be made available to you at OpenWorks' regional office within 10 business days from OpenWorks' receipt of your written request.

       **5.8   Suggested Suppliers.** OpenWorks will give you, in the Manual or otherwise in writing, a list of names and addresses of suppliers of goods and services that currently meet its standards and specifications. In advising you of suppliers that meet its standards and specifications, OpenWorks expressly disclaims any warranties or representations as to the condition of the goods or services sold by such suppliers, including, but not limited to, expressed or implied warranties as to merchantability or fitness for any intended purpose. You agree to look solely to the manufacturer of goods or the supplier of services for the remedy for any defect in the goods or services. You may request that OpenWorks approve additional or alternate suppliers by providing OpenWorks with the required information for each proposed supplier in accordance with the Manual. OpenWorks will evaluate the proposed supplier and give you a written response to your request within sixty (60) days of the date OpenWorks receives the last piece of information from you. You must also reimburse OpenWorks for all costs incurred by OpenWorks in investigating and inspecting the proposed supplier and in testing the proposed supplier's product. OpenWorks has the right to deduct these fees from monies that are due to you from OpenWorks.

**6.     PAYMENTS BY YOU.**

       **6.1   Initial Fee.** You are required to pay OpenWorks in cashier's check or certified check payable to "O.P.E.N. America, Inc." or other form of payment acceptable to OpenWorks, an initial fee determined in accordance with Attachment 2 of this Agreement.

       Higher franchise levels with increased account volume more than OW 25 may available in your area. If so, then the additional account volume would be offered in additional $5,000 increments from the levels at OW 25 stated in Attachment 2.. The franchise fee would be calculated as the OW 25 franchise fee of $33,000 plus a multiplier of 3 times the increased volume amount. For example, for a $5,000 increase from a $25,000 account volume to a $30,000 account volume, the initial fee would be calculated as $72,000 + ($5,000 * 3) or $87,000. The amount financed under the standard program would remain at $10,000 for each additional account volume and the down payment would be calculated as the franchise fee less the $10,000 financed. The veteran's program would have the same down payment for each franchise level as the standard program but a 10% discount would be deducted from the amount financed.

       You have selected the Franchise Package as stated in Article 1 of this Agreement.

2622019.2 03/16

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 022**

The fee schedule in <u>Attachment 2</u> of this Agreement does not include sales tax, which, if applicable, must be paid by you.

If the franchise fee is paid in full before beginning operation, a 10% discount off the franchise fee will be applied. The exact amounts for the franchise packages are stated in <u>Attachment 2</u>.

If you wish to finance a portion of the franchise fee, OpenWorks will offer financing at 12% per year or at the highest rate permitted by applicable law, whichever is less, over a two year period. The loan will be memorialized by a promissory note in substantially the form of Exhibit D to the Franchise Disclosure Document.

The initial franchise fee is non-refundable, unless OpenWorks has been unable to offer a sufficient dollar volume of Accounts to you for the package purchased by you within the fulfillment period specified in <u>Section 5.2.1</u> of this Agreement. If the dollar volume of Accounts offered to you within the fulfillment period falls short of the amount specified in <u>Section 5.2.1</u> of this Agreement, then your sole remedy is to receive a partial refund from OpenWorks, calculated as follows: The partial refund will be an amount equal to the difference between the Initial Account Volume of the package and the Account volume of the Account(s) actually offered, multiplied by the package multiplier applicable to the package that was purchased. The package multipliers are as follows:

| PKG. | MULTIPLIER |
|---|---|
| OW 3 | 3.73 |
| OW 5 | 2.90 |
| OW 7 | 2.71 |
| OW 10 | 2.56 |
| OW 15 | 2.56 |
| OW 20 | 2.56 |
| OW 25 and greater | 2.56 |

At any time after the fulfillment period, OpenWorks, in its sole discretion, may elect to provide you with a partial refund in accordance with the above calculation in full satisfaction of all of its obligations to provide you with Accounts.

OpenWorks has the right to offset any amounts owed to it by you or your Affiliate against the amount of the refund.

The following is an example of recalculations of the initial franchise fee:

*You purchase Package OW 5 for $18,500, with $9,500 down and $9,000 financed. This Package should generate $5,000 per month. However, OpenWorks offers to you Accounts that generate only $4,000 per month within the fulfillment period. To calculate your refund, the first step is to subtract the actual Account Volume from the Initial Account Volume for the package purchased, as follows: $5,000 - $4,000 = $1,000. The difference is then multiplied by the multiplier for Package OW 5: $1,000 X 2.9 = $2,900. However, since you have an outstanding note balance of $9,000 payable to OpenWorks (assuming no payments were made), the $2,900 refund will apply to that balance. Therefore, in this case the promissory note is reduced from $9,000 to $6,100 ($9,000 - $2,900 = $6,100) and no actual cash refunds are given.*

The reason why the net cost to you of the Accounts provided to you in the example, above, is less than it would have been if you had purchased the smaller package in the first place is that the cost per

dollar of Initial Account Volume decreases as the size of the package increases. If OpenWorks fails to offer you the requisite Initial Account Volume for the package purchased, your initial franchise fee is still calculated at the same lower cost per dollar of Initial Account Volume as the package that you purchased.

**6.2    Royalties**. OpenWorks will deduct from your Gross Revenue a monthly royalty of 15% of the monthly Gross Revenues of the Janitorial Service, calculated on the basis of your Gross Revenue for the immediately preceding month.

**6.3    Special Project Fees**. You agree to pay OpenWorks a "**Special Project Fee**" of a specified percentage of the total contract price for the job, before deduction of royalty fees, of each one-time, non-recurring Account service job, such as a carpet cleaning, performed by you for which OpenWorks obtained and/or priced the job (regardless of who originally obtained the Account). If you obtained the job, but OpenWorks priced it, the Special Project Fee is 15% of the total contract price for the job; if OpenWorks obtained the job, but you priced it, the Special Project Fee is 15% of the total contract price for the job; if OpenWorks obtained and priced the job, the Special Project Fee is 30% of the total contract price for the job. If you obtained and priced the job, the Special Project Fee is zero. OpenWorks will deduct the Special Project Fee for assistance rendered during the preceding month from its monthly remittance of Gross Revenue to you.

**6.4    Advertising Fund Contributions**.  You must pay a monthly contribution to the Advertising Fund of up to 1% of the monthly Gross Revenue of the Janitorial Service calculated on the basis of your Gross Revenue for the immediately preceding month, which will be expended in accordance with Section 5.7. OpenWorks will deduct the Advertising Fund contribution from its monthly remittance of Gross Revenue to you. OpenWorks shall have the sole right to enforce your obligations and all other franchisees of the System who are obligated to contribute to the Advertising Fund, and neither you nor any other franchisee of the System who shall be obligated to contribute to the Advertising Fund shall be deemed a third-party beneficiary with respect to said Advertising Fund or have any right to enforce any obligation to contribute thereto.

**6.5    Payment of Royalties and Advertising Fund Contributions**. Your obligations to pay ongoing monthly royalties and monthly Advertising Fund contributions begin on the Effective Date of this Agreement, as defined above. Your obligation to pay your fees to OpenWorks is not excused by your failure or delay in returning any agreement or paperwork to OpenWorks.

**6.6    Inspection of Records**. Upon reasonable notice to OpenWorks, you will have the right during normal working hours to inspect the books and records of OpenWorks pertaining to billings and collections for the Accounts assigned to you.

**6.7    OpenWorks' Right to Audit Your Records**. You agree to keep and maintain for a period of three years (even if this Agreement is terminated) true, original, and accurate records of your business, including, without limitation, accounts, books, licenses, data, contracts and product supplier invoices, and not to engage in activities in violation of your Franchise Agreement, in particular direct billing of Accounts or provision of services to Accounts, without reporting them to OpenWorks. Furthermore, you agree to keep your books and records open to examination, copying and audit by OpenWorks. Upon OpenWorks' request, you shall prepare and produce all of your business/personal records, bank statements, financial statements, tax returns, financial statistics and any other relevant document or data for OpenWorks to verify that all fees due to it are paid by you. Any such information provided to OpenWorks pursuant to this Section shall belong to OpenWorks and may be used and published by OpenWorks in connection with the System. Upon OpenWorks' request, you shall furnish OpenWorks with a copy of each of your reports and reimbursement of sales, use and gross receipt taxes and complete copies of any federal or state income tax returns covering the operation of the Janitorial Service, all of which you shall certify as true and correct.

14

INT_____/ INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 024**

If an examination or audit by OpenWorks discloses that you have directly billed Accounts or provided services to Accounts without reporting them to OpenWorks, or that you have underreported your Gross Revenues to OpenWorks in any other manner, the total amount of all fees and charges due hereunder as a percentage of such Gross Revenues shall be immediately due and payable to OpenWorks, together with interest on late payments as provided in Section 6.11 of this Agreement. In addition, you must pay OpenWorks all reasonable costs, expenses and overhead incurred by OpenWorks in connection with its examination and/or audit.

**6.8     Marketing Fee.**

**6.8.1     Amount and Payment.** You must pay OpenWorks a Marketing Fee for OpenWorks' services in locating Additional Accounts for you.  Currently, the Marketing Fee is determined as follows and summarized in the chart below.  OpenWorks reserves the right to increase the Marketing Fee at any time, in its sole discretion, by providing 30 days advanced written notice to you or by amending the Manual.

(a)     If the gross monthly billing of the Additional Accounts located by OpenWorks for you is $5,000 or less, the Marketing Fee shall be 3 times one month's gross billing of the Additional Accounts.

(b)     If the gross monthly billing of the Additional Accounts located by OpenWorks for you is between $5,001 and $10,000, the Marketing Fee shall be 2.7 times one month's gross billing of the Additional Accounts.

(c)     If the gross monthly billing of the Additional Accounts located by OpenWorks for you is greater than $10,000, the Marketing Fee shall be 2.2 times one month's gross billing of the Additional Accounts.

**The Marketing Fee applicable to any Purchase Contract may be altered at any time before signing of the Purchase Contract, depending on changes in market conditions or industry standards or on the type of Account to be offered.**

If you pay the Marketing Fee in full immediately, you will receive a 10% discount.  The Marketing Fee may be partially or entirely financed in OpenWorks' sole discretion, considering the size of the transaction, other debt service payable by you to OpenWorks and others, your credit history, and your anticipated cash flow.  Any portion of the Marketing Fee that is financed will be memorialized by a promissory note substantially similar to Exhibit D of the Franchise Disclosure Document.  The terms of financing shall be one payment equivalent to a down payment if you do not make the down payment at the time you contract for the Additional Accounts, and 24, 30, 36 or 48 equal monthly payments of the principal balance due plus annual interest of 12%.  OpenWorks will deduct the Marketing Fee from its monthly remittance of Gross Revenue to you.  The down payment (or first note payment) and the number of monthly payments are determined as follows:

2622019.2 03/16

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 025**

| Monthly Billing | | Marketing Fee (as a multiple of the full monthly billing) | Down Payment or First Note Payment (as a percentage of the full monthly billing) | Financing Terms | | Discount (if paid in full at the time of acceptance) |
|---|---|---|---|---|---|---|
| From | To | | | Number of Additional Monthly Payments | Interest Rate | |
| $0 | $5,000 | 3 | 30% | 24 | 12% | 10% |
| $5,001 | $10,000 | 2.7 | 15% | 24-30 | 12% | 10% |
| $10,001 | No Limit | 2.2 | 5% | 36-48 | 12% | 10% |

**6.8.2 Refunds.** The Marketing Fee will be refunded to you on a proportionate basis if OpenWorks does not offer the requested Additional Account Volume to you within 120 days after signing of the Purchase Contract or another fulfillment period specified in the Purchase Contract. The fulfillment period may be extended when you refuse an Account you are offered, as described in Section 5.2.3 of this Agreement. Additionally, if you refuse the Additional Account under Section 5.2.3 of this Agreement, any down payment you have made will be either refunded to you by the end of the month after the month in which you refuse the Account or will be credited towards a different Additional Account if you accept a replacement Additional Account. The Marketing Fee is not refundable under any other circumstances. Specifically, the Marketing Fee is not refundable, and OpenWorks has no obligation to offer you replacement Accounts, if an assigned Account is transferred at the request of the Account, or the Account cancels the assigned Account, in either case because of your wrongful act, omission, negligence or nonprofessional interaction with an Account, for the Account satisfaction reasons stated in Section 7.2.5, for any reason that you or your employees, agents or Affiliates could have controlled, or for any violation of the Maintenance Agreement or work schedule, this Agreement or the Manual.

**6.9 Extended Account Guarantee Fee.**

**6.9.1 Guarantee and Replacement of Accounts.** When selected Accounts are assigned to you, OpenWorks may offer you, at its sole discretion, the opportunity to purchase an extended Account guarantee on that Account as additional protection to you in case that Account is cancelled. If you accept the offer, and the Maintenance Agreement is terminated by an Account for any reason other than as stated in paragraphs (a) through (i) inclusive of Section 7.2.5 of this Agreement on account satisfaction, then OpenWorks will offer you a replacement Account within 150 days. The replacement Account will be the same or greater monthly billing magnitude as the Account that it replaces. If the monthly billing volume of the replacement Account is greater than the canceled Account, OpenWorks may assess a Marketing Fee from you that is based on the overage. OpenWorks is also not obligated to offer you an extended Account guarantee fee on the replacement account. You must accept the offer and sign the current form (an example of which is attached to this Agreement as Attachment 5).

**6.9.2 Payment.** You must pay OpenWorks a monthly extended Account guarantee fee, which is a percentage of the monthly Gross Revenue of the Janitorial Service, calculated on the basis of your Gross Revenue for the immediately preceding month. OpenWorks has the right to change this percentage for new Accounts being offered to you but once you purchase an extended Account guarantee, the percentage will not change for as long as you have the guarantee on the Account. OpenWorks will deduct the extended Account guarantee fee from its monthly remittance of Gross Revenue to you.

**6.9.3 Transfer and Termination.** The extended Account guarantee will continue as long as you are servicing the selected Account. If the extended Account guarantee is terminated by you or OpenWorks as provided below, you will not receive any refund of the fees paid for the guarantee. You may terminate the extended Account guarantee upon 30 days written notice to OpenWorks. If you transfer or sell the Account then the extended Account guarantee is terminated without further notice as of

16

2622019.2 03/16

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 026**

the date of your transfer or sale. OpenWorks may, but is not obligated to, offer an extended Account guarantee to the transferee upon such a transfer or sale. If OpenWorks terminates your Account for any of the reasons stated in paragraphs (a) through (i) inclusive of <u>Section 7.2.5</u> of this Agreement, then the extended Account guarantee will be terminated without further notice.

**6.10   Account Transfer Fee and Franchise Transfer Fee**. As a condition of Transfer of an Account or this franchise, you must pay to OpenWorks an Account Transfer fee of $50 per Account for the Transfer of one or more (but less than substantially all) of the Accounts you service, and a Franchise Transfer Fee of $2,000 for all other Transfers.

**6.11   Interest on Late Payments**. Any payment not received by OpenWorks when due will bear interest at 21% per year or at the highest rate allowed by applicable law from the date when payment is due, whichever is less. Interest charges on late payments are intended to partially compensate OpenWorks for loss of use of the funds and for internal administrative costs resulting from late payments, which would otherwise be difficult to measure with precision. The fact that such charges are imposed should not be construed as a waiver of the right to timely payment.

**6.12   Account Charges**. If you fail to turn over to OpenWorks all Account keys, security codes and cards immediately when you discontinue services to an Account, you must pay OpenWorks all charges assessed by any Account plus $500 per day until the Account's keys, codes and cards are delivered to OpenWorks.

**6.13   Cancellation Charges**. You must pay OpenWorks a cancellation charge of $50 if you fail to keep any appointment with OpenWorks or an Account (including but not limited to an appointment for a quality control inspection) unless you give at least 24 hours advance notice that you are canceling the appointment. You must pay OpenWorks a cancellation charge of $50 if you, any of your owners, your Designated Manager or any of your employees fails to attend any training class for which you, he or she is scheduled.

**6.14   Minimum Account Service Fee**. If you are not actively engaged in providing Janitorial Services for a period of one full calendar month ("**Inactive Month**"), then you must pay OpenWorks a "**Minimum Account Service Fee**" of $75 per Inactive Month until you either begin providing Janitorial Services or request in writing that OpenWorks terminate your franchise. OpenWorks will bill you directly for this Minimum Account Service Fee. The Minimum Account Service Fee is due and payable on or before the 10th day of each month following each Inactive Month. If you accept an account after any Minimum Account Service Fee is due, OpenWorks may deduct the Minimum Account Service Fee from its monthly remittance of Gross Revenue to you. If you remain inactive for three or more calendar months, even though you have paid the Minimum Service Fee for those months, OpenWorks may terminate your franchise in accordance with <u>Section 10.2.1</u> of this Agreement. The Minimum Account Service Fee is waived during the fulfillment period.

**6.15   Background Check Fee**. Upon the signing of this Agreement and at any time you finance any Marketing Fee, OpenWorks will evaluate your credit history and charge you its background check fee.

**6.16   Document Preparation Fee**. If you request the preparation of customized documents for marketing or other purposes, you will be assessed a $250 preparation fee due upon request for preparation.

**6.17   Manual Check Fee**. If you elect to have payments due to you made pursuant to a manual check in lieu of a direct deposit into a designated account, you will be assessed a fee of up to $25 per manual check.

17

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 027**

**6.18   Equipment and Supplies.**  OpenWorks provides you with an equipment and supply Starter Kit in accordance with Section 5.3.  Once you have exhausted your equipment and supplies from the Starter Kit, you must purchase ongoing equipment and supplies only from OpenWorks' designated and approved suppliers.  If you purchase equipment or supplies through OpenWorks, OpenWorks will deduct amounts owed to OpenWorks from funds OpenWorks is obligated to pay to you.  OpenWorks reserves the right to require you to pay OpenWorks directly at the time you order any equipment or supplies from OpenWorks.

**6.19   Trouble Call Fee.**  If OpenWorks is required to investigate or resolve a customer complaint on your behalf, you must pay OpenWorks a Trouble Call Fee of $50 per occurrence plus reimburse OpenWorks for any service OpenWorks provides to your customer at the current hourly rate set forth in the Manual.  OpenWorks has the right to deduct the Trouble Call Fee and any reimbursable charges from funds OpenWorks is obligated to pay you.

**6.20   Lost Document Fee.**  If you have damaged, lost or otherwise misplaced any document relating to the franchise relationship and request a replacement of such document, OpenWorks will charge you $25 for a replacement copy of each such document.

**6.21   Legal Entity Fee.**  The parties acknowledge and agree that in the event you fail to complete the Required Transfer within 90 days of the Effective Date, it will be difficult to quantify the time and cost OpenWorks will incur in enforcing your compliance with the Required Transfer obligation.  Therefore, if you fail to complete the Required Transfer within 90 days of the Effective Date, you agree to pay OpenWorks a fee of $500 per month until such Required Transfer is complete, which the parties agree is a reasonable estimate of OpenWorks' time and cost in enforcing your compliance with the Required Transfer obligation.  The requirement to pay this fee is not an election of remedies, and at any time after 90 days of the Effective Date and before you complete the Required Transfer, OpenWorks may terminate your franchise in accordance with Section 10.2.1 of this Agreement.

## 7.   YOUR OBLIGATIONS.

### 7.1   Use of Trade Name and Marks.

**7.1.1   Context.**  You will use the Trade Names and Marks only in the operation of your Janitorial Service.  You will not use any other trade names or marks in connection with your Janitorial Service.  You cannot use the Trade Name or Marks as part of your legal business name, or with other words, designs or symbols.  You may not use the Trade Name or Marks in connection with the sale of unauthorized products or services, or in any manner not authorized by OpenWorks.  You will not represent in any manner that you have acquired any ownership rights in the Trade Names or Marks.  You acknowledge OpenWorks' ownership in the Trade Names and Marks.  Any goodwill associated with the System and identified by the Trade Names and Marks (including all future distinguishing characteristics, improvements and additions to or associated with the System) is OpenWorks' property and shall inure directly and exclusively to the benefit of OpenWorks.  Upon the expiration or Termination of this Agreement for any reason, no monetary amount shall be assigned as attributable to any goodwill associated with your use of the Trade Names or Marks.

**7.1.2   Changes in Trade Names and Marks.**  OpenWorks has invested substantial time, energy and money in the promotion and protection of its Trade Names and Marks as they exist on the date this Agreement is signed.  It has no present intention of altering them.  However, OpenWorks and you both recognize that rights in intangible property such as the Trade Names and Marks are often difficult to establish and defend and that changes in the cultural and economic environment within which the System operates may make changes in the Trade Names and Marks desirable or necessary.  You understand that OpenWorks therefore reserves the right to change any of its Trade Names and Marks and

18

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 028**

the specifications for each when it believes that such changes will benefit the Franchise Network. You agree that you will promptly conform, at your own expense, to any such changes.

**7.1.3   Advertising.** You agree to submit to OpenWorks copies of all advertising materials that you propose to use at least two weeks before the first time they are distributed, broadcast or published. All advertising must conform to the standards set out in the Manual. OpenWorks will review the materials and notify you within ten business days whether it approves or rejects them. Silence or failure to respond will not be deemed consent. OpenWorks will not withhold its approval unreasonably. For purposes of this Section, advertising materials that differ from previously approved materials only in such variables as date, price or names of products will be considered to be previously approved. However, even if OpenWorks has approved specified materials, it may later withdraw its approval if it reasonably believes it necessary to make the advertising conform to changes in the System or to correct unacceptable features, including, but not limited to, any misrepresentation in the advertising material, whether or not intentional. You may not engage in telemarketing in connection with your Janitorial Service.

**7.1.4   Legal Protection.** You agree to notify OpenWorks immediately in writing if you become aware of any unauthorized use of its Trade Names, Marks or System. You will promptly notify OpenWorks in writing of any claim, demand or suit against you or against your principals based upon or arising in connection with your use of the Trade Names, Marks or System. In any action or proceeding arising from or in connection with any such claim, demand or suit, you agree that OpenWorks may select legal counsel and has the right to control the proceedings, including the right to compromise, negotiate and settle, in its discretion, such claims, demands or suits. You may not initiate any communication or respond with any information on any infringement or challenge with any person other than your legal counsel, OpenWorks, our affiliates, or our counsel. If OpenWorks undertakes the defense or prosecution of any litigation or proceedings relating to the Trade Names or Marks, you will execute any and all documents and do such acts and things as may, in the opinion of OpenWorks' legal counsel, be reasonably necessary to carry out such defense or prosecution.

**7.2   Quality Control.**

**7.2.1   Opening.** You may not begin to operate the Janitorial Service until OpenWorks certifies in writing that you and your Designated Manager have satisfactorily completed initial training.

**7.2.2   Compliance With Manual.** You must operate your Janitorial Service in complete compliance with the standards and specifications set out in the Manual. OpenWorks may make changes in these standards and specifications, when, in its reasonable discretion, change is needed for the continued success and development of the System and the Franchise Network. Such changes may necessitate the purchase of equipment (including a computer system), supplies or other goods, completion of additional training by your employees, or other cost to you. You will promptly conform to the modified standards and specifications at your own expense. You must at all times keep your copy of the Manual current by inserting in it revised pages and other changes given to you by OpenWorks and deleting superseded pages. You must also protect its confidentiality by allowing access only by employees with a need to know its contents and by establishing and enforcing procedures to safeguard the Manual in a secure location when it is not in use. If there is any dispute as to the requirements of the Manual at any point in time, the terms of the master copy of the Manual maintained by OpenWorks will control.

**7.2.3   Your Performance.** You will provide Janitorial Services to your Accounts in a workmanlike and professional manner. Great weight will be given to the Accounts' opinions as to what is workmanlike and professional. You will carefully safeguard and protect the keys to your Accounts' buildings and will never give custody of the keys to any person not directly associated with the Janitorial

19

EXHIBIT C - 029

Service or for any unauthorized purpose. You will diligently follow any instructions or warnings made by any Account as to the security of the Account's premises or as to how, when and where you may perform Janitorial Services. Failure to adhere strictly to these requirements will be considered grounds for immediate termination of your right to serve a particular Account. If violation of this Section occurs repeatedly, OpenWorks may terminate this Agreement.

      **7.2.4    Services Offered**. You will offer and sell all the services and only the services that OpenWorks has authorized you to provide. You may purchase products that are to be used in the Janitorial Service from any source, as long as the supplier meets the standards established by OpenWorks and the products meet the specifications set out in the current version of the Manual. If you wish to use any product not previously certified by OpenWorks to meet its specifications or which is sold by a supplier not previously approved by OpenWorks, you will advise OpenWorks of this fact and, upon its request, will give OpenWorks product specifications, sample products, and/or information about the supplier. OpenWorks will communicate either its approval or its reasons for withholding its approval to you within ten business days. Silence may not be construed as consent. As a condition of approving a supplier or product, OpenWorks will require you to reimburse it for any expenses reasonably incurred by OpenWorks in inspecting the supplier's premises, checking the supplier's credentials, or testing the product. As a condition of approving a supplier of any product that bears the Trade Names or Marks, OpenWorks may require that the supplier sign a license agreement. OpenWorks may withdraw its approval of a supplier or product if either or both no longer meet its standards or specifications.

      **7.2.5    Account Satisfaction**. OpenWorks may, at its sole discretion terminate your right to serve and to Transfer a particular Account, and may assign the Account to another franchisee, upon the occurrence of one of the following events:

    (a)    You have repeatedly failed to perform Janitorial Services to an Account's satisfaction and/or in accordance with the Maintenance Agreement or Manual and/or OpenWorks' standards;

    (b)    An Account has lodged an oral or written complaint with OpenWorks regarding you, your service or your employees; OpenWorks has notified you of the substance of the complaint, and the Account remains dissatisfied for more than five days from the date of the notice;

    (c)    OpenWorks receives an oral or written request from an Account that the Account be serviced by a different franchisee;

    (d)    You provide Janitorial Service to an Account in a capacity other than that of an OpenWorks franchisee;

    (e)    You abandon or fail to provide service to an Account as scheduled or the Account notifies OpenWorks that it is dissatisfied on any two days within a period of 60 consecutive days;

    (f)    You cancel or fail to keep appointments with OpenWorks or an Account for quality control inspections on any two occasions within a period of 60 consecutive days;

    (g)    OpenWorks receives an oral or written request from an Account that its Maintenance Agreement be terminated;

    (h)    If you or your Designated Manager are not Fluent in English;

2622019.2 03/16

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 030**

(i)      You fail to maintain an adequate staff of employees sufficient to provide service to an Account; or

(j)      You no longer wish to service an Account.

You waive any claim or right to payment for services performed for an Account, and agree to Transfer such an Account after OpenWorks terminates your services to the Account under this Section. You agree that you will not be entitled to any payment upon OpenWorks' assignment of the Account to another franchisee, or to any refund or reduction of fees paid or promised to OpenWorks by reason of the termination of your service to any Account under this Section. You agree to successfully assist OpenWorks' managers in the transition or termination of an Account. OpenWorks may also terminate your franchise for events in subsections (a) through (i) inclusive of this Section (see Section 10.2).

       **7.2.6**  **Inspections.** OpenWorks may conduct periodic quality control inspections of your Janitorial Service operation during normal business hours. You must attend each of these inspections with OpenWorks or pay OpenWorks a cancellation charge of $50. OpenWorks will give you advance notice of the inspections. If there are repeated cancellations or absenteeism, OpenWorks has the right to terminate your services to an Account and/or terminate your Agreement. OpenWorks may also make quality control inspections without prior notice for which you will not have to attend. Alternatively, OpenWorks may require you to conduct such inspections, and promptly provide OpenWorks with written reports of such inspections in the format specified by OpenWorks from time to time. You must promptly correct any deficiencies in your operation, which you discover or which are brought to your attention by OpenWorks. If you do not take immediate, effective steps to bring your operation up to OpenWorks' standards, your failure to do so will constitute a material breach of this Agreement. If a deficiency is discovered at any time, during an inspection or following a complaint, OpenWorks has the right to correct the deficiency and charge you $50 for doing so.

       **7.2.7**  **Notification of Complaints.** You will notify OpenWorks promptly if you are served with a complaint in any legal proceeding that is in any way related to the Janitorial Service or if you become aware that you are the subject of any complaint to or investigation by a governmental licensing authority or consumer protection agency.

       **7.2.8**  **Employees.** You will maintain a staff of available and trained employees sufficient to operate the Janitorial Service in compliance with OpenWorks' standards.

       **7.2.9**  **Uniforms and Professional Attire.** Your staff of employees must wear a uniform when the employees are on an Account's premises. The uniform must meet the standards set forth in the Manual. You or your Designated Manager must be in professional attire or in business casual attire with an OpenWorks polo shirt with the OpenWorks logo when on the Account's premises during normal business hours. If you are performing the Janitorial Services after normal business hours, then you may choose to be in a uniform, professional business attire or business casual attire with an OpenWorks logo shirt when performing those services.

       **7.2.10**  **Best Efforts.** You must use your best efforts and devote all of your productive time and effort to the management and operation of your franchise business on a full-time basis. You must promote OpenWorks in all your actions.

       **7.2.11**  **Designated Manager.** If a corporation or other legal entity, you agree that a specific individual will be the Designated Manager. If you are an individual, then you may be the Designated Manager or you may appoint another Designated Manager. The Designated Manager must use his or her best efforts and personally be responsible for management of the janitorial service business on a day-to-day basis, and you must carefully monitor and be responsible for the performance of any

INT_**DAB**_ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 031**

Designated Manager.  The appointment or change of a Designated Manager is subject to the prior written approval of OpenWorks.  You designate the person listed in <u>Section 1</u> as the Designated Manager, and OpenWorks approves such person (subject to such Designated Manager's satisfactory completion of training in <u>Section 5.1</u>).  OpenWorks has the right to rely upon instructions from the Designated Manager on matters relating to the franchise until OpenWorks receives a written notification from you changing the Designated Manager.  You shall notify OpenWorks in writing of any proposed change in a Designated Manager before the change occurs.  OpenWorks will review the request and shall use commercially reasonable efforts to approve or disapprove of the change within 10 business days of its receipt of the request.  If OpenWorks does not disapprove of the change within 10 business days then the change is deemed to be approved.  OpenWorks has the right to demand that you promptly remove a Designated Manager if the Designated Manager violates any provision of this Agreement or any other agreement with OpenWorks, including but not limited to, provisions in <u>Section 7.2.5</u> that addresses, among other actions, failure to adequately provide janitorial service, comply with OpenWorks' standards and to be Fluent in English.  Upon termination of employment of a Designated Manager, you are required to appoint a successor within 10 days and (if you are an individual) take on the role of Designated Manager until OpenWorks approves the proposed Designated Manager and that person is qualified to take over.

**7.2.12   English Language**.  You and your Designated Manager must be able to read, speak and write clearly and with proficiency ("**Fluent in English**") in order to adequately communicate with Accounts and to maintain OpenWorks' professional image.  OpenWorks, in its sole discretion, shall determine if you and/or your Designated Manager are Fluent in English.

**7.2.13   Social Media Policy**.  We have the right to control all use of URL's, domain names, websites, addresses, metatags, links, email addresses and other means of electronic identification or origin ("e-names") related to the Janitorial Business and System.  We also have the right to approve and limit your use of the Internet, Intranet, World Wide Web, wireless technology, digital cable, use of e-names, email, websites, home pages, bulletin boards, chat rooms, email, linking, framing, on-line purchasing cooperatives, marketplaces, barter exchanges, and related technologies, methods, techniques, registrations, networking, and any electronic communication, commerce, computations, or any means of interactive electronic documents contained in a network of computers or similar devices linked by communications software (collectively, "e-commerce").  Without our prior written consent, you will observe OpenWorks' policy on and will not register a domain name, create, maintain or establish an internet website or electronic mail address, blog, bulletin board, chat room, barter exchange, home page, marketplace, Facebook page, MySpace, Twitter YouTube, LinkedIn, account or any other electronic media form (collectively, "website") advertising the Janitorial Business, or using our Marks, or any similar mark, in a website, in a web address, in a uniform resource locator or in any manner on the internet such as meta-tags, key words, linking or framing.  You agree that we own all right, title and interest in and to, any and all websites and e-names we use or permit you to use in connection with the System or which bear our Marks or any similar marks.  You agree that we also own all rights in any data collected via e-commerce related to the System, including any customer data, click-stream data, cookies, user data and hits and that such information is also included in our Confidential Information.  You acknowledge that you may not mention or discuss the Janitorial Service, OpenWorks or the System without OpenWorks' prior written consent.  Any and all photographs and other media approved by us that you have posted to any social media platform must comply with all applicable laws, including federal and state laws governing copyright.  You agree and acknowledge that OpenWorks has the right to review all on-line e-commerce content involving the Marks or the System, and to require you to remove any content or usage, in OpenWorks' sole discretion.

**7.3     Insurance and Bond**.  You will be required to comply with the following policies regarding insurance and janitorial service bonds:

22

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 032**

- You must purchase and maintain a policy or policies of comprehensive public liability insurance, including product liability coverage, covering all Janitorial Service assets, personnel and activities on an occurrence basis with a combined single limit for bodily injury, death or property damage of not less than $4,000,000.

- In some instances an Account may request additional insurance, which you will have to additionally purchase.

- You must buy a janitorial service bond in the amount of $25,000 covering you and your employees and OpenWorks and its officers and directors must be named as an additional insured.

- You must obtain hired and non-hired auto insurance with a minimum of $25,000 - $50,000 liability coverage on all vehicles involved in the OpenWorks business.

- You must carry casualty insurance in a minimum amount equal to the replacement value of your interest in the Janitorial Service supplies, vehicles and equipment.

- You must maintain workers compensation policies for your employees.

- You must maintain policies of disability insurance and any other types of insurance required by applicable law.

- OpenWorks may increase the minimum coverage requirements set forth in this Section 7.3 annually if necessary to reflect inflation or other changes in circumstances.

- Each insurance policy that is required under this Section 7.3 must contain a provision that the policy cannot be canceled without 10 days' written notice to OpenWorks; it must be issued by an insurance company of recognized responsibility, designate OpenWorks and its officers and directors as an additional named insured, and be satisfactory to OpenWorks in form, substance and coverage. You must deliver a certificate of the issuing insurance company evidencing each policy or bond to OpenWorks within ten days after the policy is issued or renewed.

- If you fail to purchase the required general liability insurance, any additional insurance and bond, OpenWorks may enroll you in any insurance program it sponsors or purchase the insurance and/or bond for your benefit and deduct the premiums and other related costs from your monthly Gross Revenue. Failure to maintain the bond or the required amounts and types of insurance set forth in any subsection of this Section 7.3, or any other insurance required by applicable law, may result in a loss of Accounts or termination of your franchise.

**7.4     Financial and Legal Responsibility.**

      **7.4.1     Compliance with Law.** You must comply with all federal, state and local laws and regulations pertaining, directly or indirectly, to the Janitorial Service, including, but not limited to, Occupational Safety and Health Administration regulations. You must keep current all licenses, permits, bonds and deposits made to or required by any government agency in connection with the operation of the Janitorial Service. You must implement all administrative, physical and technical safeguards necessary to be in accordance with applicable law and best industry practices to protect any information that can be used to identify an individual, including names, addresses, telephone numbers, email addresses, social security numbers, employee identification numbers, signatures, passwords, financial information, credit cards information, vehicle identification numbers, account numbers, biometric or health data,

2622019.2 03/16

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 033**

government-issued identification numbers and credit-report information ("Personal Identifiable Information" or "PII"). It is your responsibility to confirm that the safeguards you use to protect Personal Identifiable Information comply with all applicable laws and industry best practices related to the collection, access, use, storage, disposal and disclosure of PII even if OpenWorks provides you with any suggestions or guidance. If you become aware of any suspected or actual breach of security or unauthorized access involving Personal Identifiable Information, you will immediately notify OpenWorks and provide specifics on the Personal Identifiable Information was compromised or disclosed. Upon OpenWorks' reasonable request, you agree to permit OpenWorks, its affiliates, and any third party vendors OpenWorks designates to have independent unlimited access to all information generated by your computer system. If you have a third party vendor for your computer system, you agree to send your vendor a written notice granting OpenWorks unlimited access to your data in the event of an actual or suspected data breach. You specifically agree to comply with any state required employment verification programs and any federal employment verification programs such as E-Verify.

**7.4.2   Payment of Indebtedness.** You must pay promptly when due all taxes and debts that you incur in the conduct of your business.

**7.5   Pre-Existing Accounts.** If you have an existing commercial janitorial or other facility services business prior to entering into this Agreement, the commercial accounts serviced by that business ("**Existing Accounts**") must be identified in <u>Attachment 2</u> to this Agreement. You shall have two months from the date of this Agreement to convert the Existing Accounts to OpenWorks Accounts for which OpenWorks will provide billing and collection services as provided for in <u>Section 5.4.1</u> of this Agreement, after which time OpenWorks will have the right (whether or not conversion has been completed) to begin charging royalties and other applicable fees or charges. You must also immediately cease soliciting any commercial janitorial or other facilities services business, except as an OpenWorks Franchisee.

**7.6   Variances.** OpenWorks may from time to time approve exceptions or changes from the uniform standards of the System that OpenWorks, in its sole absolute discretion, believes necessary or desirable under particular circumstances. Franchisee understands that it has no right to object to or automatically obtain such variances, and that any exception or change must be approved in advance by OpenWorks in writing. Franchisee also understands that some franchisees may operate under different forms of agreements due to annual updates and program revisions, and consequently the rights and obligations of such franchisees may differ materially from those of Franchisee.

**7.7   Computer System.** You must have a computer system that meets the requirements specified in the Manual, as may be revised from time to time. In order to communicate with OpenWorks you must also have Internet and email access. You must inform OpenWorks of any changes in the email account address listed in <u>Article 1</u> before the change occurs.

**7.8   Certificate of Tax Compliance.** Franchisee must, within ten days of each one year anniversary of the Effective Date of this Agreement, deliver to OpenWorks a certificate signed by one of Franchisee's officers, certifying, on behalf of Franchisee, that as of the date such certificate is delivered to Franchisee, Franchisee has complied with all laws of the state of its formation or incorporation relating to taxes and reporting of employees.

**8.   RELATIONSHIP OF PARTIES.**

**8.1   Interest in Marks and System.** You will not at any time do or cause to be done anything contesting or impairing OpenWorks' interest in its Trade Names, Marks or System. You acquire no rights in any of these things except for your right to use them in accordance with the express terms of

24

INT_____ / INT_____
<u>Unit Janitorial Franchise Agreement</u>

**EXHIBIT C - 034**

this Agreement. OpenWorks retains the right to grant other franchises or licenses to use the Trade Names, Marks and System upon any terms that OpenWorks wishes both within and without the Territory.

**8.2  Independent Status.** Whether you are an individual or an independent legal entity, you will make this fact clear in your dealings with suppliers, lessors, government agencies, employees, Accounts and others. You will rely on your own knowledge and judgment in making business decisions, subject only to the requirements of this Agreement and the Manual. You may not expressly or impliedly hold yourself out as an employee, partner, shareholder, joint venturer, representative or general agent of OpenWorks, nor may you expressly or impliedly state or suggest that you have the right or power to bind OpenWorks or to incur any liability on its behalf. If you are a corporation, partnership or other form of legal entity, you will not use the Trade Names as part of your entity's name. We have no right to control your employment policies, including hiring, scheduling, pay rates, discipline or termination of your employees, except that you must adhere to our System standards in your Janitorial Business.

**8.3  Display of Disclaimer.** Business cards, stationery, purchase order forms, invoices, leases, tax returns and other documents used by you in your business dealings with suppliers, lessors, government agencies, employees and Accounts must clearly identify you as an independent legal entity.

**8.4  Indemnification.** You agree to indemnify, hold harmless and promptly reimburse OpenWorks and its Affiliates, and their directors, officers, employees and agents, harmless from and against all expenses, costs, claims, actions, proceedings, damages, liabilities and other losses (including, without limitation, attorneys' and accountants' costs and fees) of any kind arising from or in any way connected to any of your or your Affiliates' activities or your or your Affiliates' operation of the Janitorial Service. If OpenWorks or any other indemnified party is made a party to a legal proceeding in connection with an action of yours or your Affiliates, OpenWorks or the other indemnified party may hire counsel to protect its interests and you must promptly pay all costs and expenses they incur.

**8.5  Confidential Information.**

**8.5.1  Ownership.** You acknowledge that OpenWorks is the sole owner of all the Confidential Information; that the Confidential Information is being imparted to you in trust and confidence; and that the Confidential Information is not generally known to the trade or public and is not known to you except by reason of such disclosure. You further acknowledge that you will acquire no interest in the Confidential Information other than the right to utilize it in connection with the performance of your obligations hereunder and the operations of the Janitorial Service. In addition, you acknowledge that the use, duplication or disclosure of the Confidential Information except as expressly permitted by this Agreement will constitute an unfair method of competition and that OpenWorks will suffer irreparable injury thereby.

**8.5.2  Work Product.** You agree that all documents, papers, notes and other material and work product containing or derived from the Confidential Information or connected with your conduct of the Janitorial Service business shall be Confidential Information. You agree that you will have no proprietary interest in any work product developed or used by you and related to this Agreement. You agree, from time to time, as may be requested by OpenWorks, to do all things that may be necessary to establish or document OpenWorks' ownership of any such work product, including without limitation execution of assignments.

**8.5.3  Confidentiality.** All of the Confidential Information and all other information and knowledge about the System, which is not in the public domain, and such other information and material as OpenWorks may designate as confidential shall be deemed Confidential Information for purposes of this Agreement. You acknowledge that the Confidential Information is disclosed to you solely on the condition that you agree, and you hereby do agree, that you: (a) will use the Confidential

25

INT____ / INT____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 035**

Information in strict accordance with the instructions and directions given by OpenWorks from time to time; (b) will not use the Confidential Information, directly or indirectly, in any other business or capacity; (c) will not, at any time, in any manner or form, directly or indirectly, disclose, duplicate, license, sell, reveal, divulge, publish or communicate the Confidential Information, or any portion thereof, to any person or entity other than your authorized employees or consultants who need to have such information in connection with their jobs; (d) will not copy any materials containing the Confidential Information, including without limitation the System manuals, without OpenWorks' prior written consent; (e) will observe and implement all reasonable procedures imposed from time to time by OpenWorks to prevent the unauthorized use and disclosure of the Confidential Information; (f) will keep all System manuals and other written materials containing any portion of the Confidential Information in a secure manner and place; and (g) if you are legally compelled to disclose any of the Confidential Information, will do so only if you have used your best efforts to afford OpenWorks the opportunity of obtaining appropriate protective orders or other assurances of confidentiality satisfactory to OpenWorks.

    **8.5.4 Return of Confidential Material**. Upon the termination, expiration or cessation and non-renewal of this Agreement for any reason, you must immediately (but in any event within five days of such termination, cessation or expiration) return to OpenWorks all copies of any materials containing the Confidential Information (whether in original or duplicate form) and all property and equipment belonging to OpenWorks, in your or your Affiliates' possession, custody or control, including any of such items produced or prepared by you. To the maximum extent permitted by the law, OpenWorks reserves the right to deduct the cost of unreturned or damaged property, equipment or information from amounts otherwise due to you or your Affiliates.

   **8.6  Noncompetition**.

    **8.6.1 Covenant**. You recognize that: (a) the commercial janitorial and other facility services business is very competitive; (b) the System is operated in multiple states and is intended to expand into other geographical areas; (c) by virtue of the performance of this Agreement, you will have access to the Confidential Information and will have close contacts with OpenWorks' Accounts for the purpose of maintaining the business and further developing the business and goodwill of the System; (d) you will have the attendant ability to divert customer trade; and (e) OpenWorks has strong legitimate interests in obtaining the covenant in this <u>Section 8.6</u> for the protection of the goodwill of the System. You therefore agree that, without the express prior written consent of OpenWorks, which OpenWorks may withhold in its sole and absolute discretion, you will not, during the Time Period (as defined below), directly or indirectly, whether personally or as an agent, employee, partner, representative, affiliate or in any other capacity on behalf of any person or entity, engage in, render services to, or provide financing to, or have any interest in, in any manner whatsoever, any Competitive Business (as defined below) located or conducting business within the Area (as defined below).

    **8.6.2 Time Period**. For the purposes of <u>Section 8.6.1</u> of this Agreement, the term "**Time Period**" shall mean (a) for the period of time that this Agreement is in effect; and (b) beginning when this Agreement is no longer in effect, for a period of 24 months thereafter. In the event a court of competent jurisdiction determines that 24 months from the date this Agreement is no longer in effect is unenforceable, the Time Period will be 18 months. If a court of competent jurisdiction determines that 18 months is unenforceable, the Time Period will be 12 months. If a court of competent jurisdiction determines that 12 months is unenforceable, the Time Period will be six months.

    **8.6.3 Competitive Business**. For the purposes of <u>Section 8.6.1</u> of this Agreement, the term "**Competitive Business**" shall mean any business providing janitorial services to commercial customers, or any other services that you are or were providing as part of your Janitorial Service business.

2622019.2 03/16

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 036**

**8.6.4    Area**.  For the purposes of <u>Section 8.6.1</u> of this Agreement, the term "**Area**" shall mean (a) the geographical area in which you provide or provided services to Accounts, and (b) a radius of 75 miles from the regional office through which you conduct or conducted your Janitorial Service business, and (c) a radius of 75 miles from any other regional office operated by OpenWorks or any of its master franchisees in the state where you conduct or conducted your Janitorial Service business, and (d) a radius of 75 miles from any other regional office operated by OpenWorks or any of its master franchisees in any other state.

**8.7    Non-Solicitation.**

**8.7.1    Employees**.  You agree never to employ or solicit for employment any person who is at the time employed by OpenWorks or any other franchisee in the System, and you agree not to directly or indirectly induce any such person to leave their employment with OpenWorks or any other franchisee in the System.

**8.7.2    Customers**.  You agree that while this Agreement is in effect, all solicitations you make relating to janitorial and other facility services will be made on behalf of your Janitorial Service business.  You agree that after the expiration and non-renewal or the termination of this Agreement for any reason, you will not solicit as a customer for commercial janitorial or other facility services: (a) any Account you serviced as a franchisee of OpenWorks, or (b) any other Account of OpenWorks or any of its master franchisees serviced by others during the period this Agreement was in effect, or (c) any prospective customers to whom OpenWorks or any of its master franchisees had proposals or bids outstanding at the time this Agreement ended.

**8.8    Modification**.  The covenants set forth in <u>Sections 8.1</u> through <u>8.7</u> inclusive of this Agreement shall each be construed as independent of any other covenant or provision of any other agreement.  OpenWorks may reduce the scope of the obligations under the covenants of <u>Sections 8.1</u> through <u>8.7</u> inclusive of this Agreement unilaterally and without the consent of any other person or entity, effective upon giving notice to you.

**8.9    Lack of Prior Conflict**.  You represent and acknowledge that none of you (if you are an individual), any person who owns any interest in your business nor your Designated Manager is bound by any post-employment covenant with a third-party that would restrict the fulfillment of your obligations or duties under this Agreement.  To the extent any such person is bound by any such post-employment covenants, you represent and warrant that you have provided OpenWorks with a copy of the applicable written covenant.

**8.10    Notification**.  During the Time Period, you shall notify any new employer or business associate, prior to entering into the employment or business relationship, of the existence of this Agreement and will provide such new employer or business associate with a copy of this Agreement.  You further agree and authorize OpenWorks to notify others, including customers of OpenWorks and your future employers or business associates of your obligations under this Agreement.

**8.11    Tolling of Time Periods**.  The running of the Time Period or any period of time specified in <u>Section 8.6.1</u> or <u>Section 8.6.2</u> of this Agreement will be tolled and suspended for any period of time in which you are found by a court of competent jurisdiction to have been in violation of any restrictive covenant contained therein.  You further agree that the existence of any claim you may have against OpenWorks, whether or not arising from this Agreement, shall not constitute a defense to OpenWorks' enforcement of the covenants contained in this Agreement.

**8.12    Non-Disclosure and Non-Competition Agreements**.  You must obtain written non-disclosure and non-competition agreements, in the form of <u>Attachment 4</u> to this Agreement, signed by

27

2622019.2 03/16

INT _____ / INT _____
<u>Unit Janitorial Franchise Agreement</u>

EXHIBIT C - 037

each of the individuals who owns 5% or more of your business, and by the officers, directors, managers and other employees or consultants, including, but not limited to, your Designated Manager, who have or are likely to have access to the Confidential Information, and promptly send OpenWorks a copy of each such agreement.

**9.     TRANSFER.**

      **9.1     Purpose of Conditions for Approval of Transfer.** OpenWorks' grant of this franchise to operate a Janitorial Service is made in reliance upon your integrity, ability, experience and financial resources and OpenWorks' investigation thereof. You may not make a Transfer (as defined in Section 3.21 of this Agreement) unless you have first obtained OpenWorks' written consent, which will not be unreasonably withheld if you comply with this Article 9. In order to ensure that no Transfer jeopardizes the Trade Names, the Marks, or OpenWorks' interest in the successful operation of the Janitorial Service, OpenWorks will consent to a Transfer only if you comply with all of the applicable provisions of this Article 9. You must obtain our commercially reasonable consent to any broker or transfer agent that you wish to use. You must not use any of the Marks in any listing for sale or transfer without our prior written approval. You must obtain our prior written approval of any advertising for any Transfer.

      **9.2     Notice of Proposed Transfer.** If you wish to make a Transfer (including the Required Transfer), you must submit to OpenWorks (a) the form of franchise purchase application currently in use by OpenWorks completed by the prospective transferee; and (b) a written notice, setting forth all the terms and conditions of the proposed Transfer.

      **9.3     Consent by OpenWorks.** OpenWorks must respond to your written notice within 15 days after receipt of the notice, or, if it requests additional information, within the later date of 15 days after receipt of the additional information or the final day of the original 15-day period. OpenWorks may either consent to the Transfer or state its reason for refusing to consent. Silence will not be construed as consent. If OpenWorks consents to the Transfer, then you may Transfer the interest described in the notice only to the named transferee and only upon the terms and conditions set forth in the notice and OpenWorks' consent. Consent by OpenWorks to a particular Transfer will not constitute consent to any other or subsequent Transfer. You acknowledge that OpenWorks' consent to the Transfer is not a representation to you that any transferred Account will continue as an OpenWorks' Account or that the Account will use your services. OpenWorks has no obligation to you to disclose any concerns, complaints or Maintenance Agreement negotiations it had in the past or might have in the future with respect to any transferred Account. You understand that there is no assurance that any Account will renew or extend its Maintenance Agreement with OpenWorks.

      **9.4     Conditions for Consent to Transfer.** Unless a waiver in Section 9.5 applies to some or all of the conditions set forth below in this Section 9.4, every Transfer is subject to all of the following requirements:

      (a)     Transferee must be a legal entity;

      (b)     OpenWorks' satisfaction that the proposed transferee meets all of the criteria of character, business experience, financial resources and other standards that OpenWorks customarily applies to new franchisees at the time of Transfer; and if the Transfer is to an existing OpenWorks franchisee, the franchisee must be in Good Standing and fully capable, in OpenWorks' sole reasonable judgment, of servicing the additional business;

      (c)     Payment of all your outstanding debts to OpenWorks;

2622019.2 03/16

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 038**

(d)     Cure of all defaults under the Franchise Agreement, any other agreement between OpenWorks and you, and the Manual;

(e)     Signing by the transferee of the then-current form of franchise agreement, which may contain terms substantially different from those in this Agreement, but in any event amended to waive payment of an initial fee by the proposed transferee; to shorten the term to the remainder of your current term; to provide that no supplies will be provided by OpenWorks; to state that that no training is provided unless the $250 training fee is paid; to identify whether OpenWorks has fulfilled its obligations on the Initial Account Volume or to state the remaining Initial Account Volume that OpenWorks is obligated to provide; and to clarify any remaining obligations of OpenWorks;

(f)     Providing OpenWorks with (i) the names and residential addresses of the owners and the officers or managers of any entity to whom a Transfer is being proposed, and their relative percentages of ownership; and (ii) the address where the entity will keep its business records;

(g)     Payment of the Transfer fee of $2,000, or if only one or more (but not substantially all) of your Accounts are being transferred, a Transfer fee of $50 for each transferred Account;

(h)     Completion by the transferee's owners and Designated Manager of OpenWorks' initial training program to its satisfaction, and payment of the $250 training fee to OpenWorks;

(i)     Signing of a Non-Disclosure and Non-Competition Agreement substantially in the form of Attachment 4 to this Agreement by each entity to whom a Transfer is made and each of transferee's 5% owners, officers, directors, managers and other employees and consultants, including, but not limited to, transferee's Designated Manager, that have or may have access to Confidential Information;

(j)     Signing of a Personal Guaranty substantially in the form of Attachment 3 to this Agreement by each 5% owner of the entity to whom a Transfer is made (and by each such owner's spouse in a community property state);

(k)     Signing of a general release of claims by you in favor of OpenWorks; and

(l)     Offering OpenWorks a first right of refusal to acquire the assets and/or interests that are subject to the Transfer, as provided in Section 9.6 of this Agreement.

In no event will OpenWorks' consent to a Transfer of any of your interest or any of your assets constitute a waiver of claims OpenWorks may have against you or the individual transferring party, nor shall it be deemed a waiver of OpenWorks' right to demand exact compliance with any terms of this Agreement by the transferee.

**9.5     Waivers of Some Conditions Upon Certain Types of Transfers.**

**9.5.1     Accounts.** In the event of a Transfer of one or more (but not substantially all) of your Accounts, OpenWorks waives the requirements of parts (e), (f), (h), (i) and (j) of Section 9.4.

**9.5.2     Incorporation.** In the event of a Transfer to a transferee where the beneficial ownership of the transferee immediately following the assignment is the same and in the same proportions as the beneficial ownership of Franchisee immediately before the assignment, then provided that the original party remains fully obligated under this Agreement, OpenWorks waives all of the

2622019.2 03/16

INT_____ / INT_____
Unit Janitorial Franchise Agreement

EXHIBIT C - 039

requirements of parts (b), (c), (e), (h), (i) and (l) of <u>Section 9.4</u>. In lieu of part (g), the Transfer fee is $500. The legal entity to which the Janitorial Service or franchise rights were transferred may not participate in or undertake any business venture or activities other than operating the Janitorial Service.

      **9.5.3   Transfer of Partial Interest Between Co-Owners**. In the event of a Transfer of a partial ownership interest in Franchisee to an existing co-owner, OpenWorks waives all of the requirements of parts (b), (c), (e), (g), (h), (i), (j) and (l) of <u>Section 9.4</u>; *except that* if the co-owner who will be acquiring a greater ownership interest has not successfully completed OpenWorks' initial training program and will have a controlling interest or will be active in the business, then part (g) of <u>Section 9.4</u> must be satisfied.

      **9.5.4   Required Transfer**. In connection with the Required Transfer, OpenWorks waives all of the requirements of parts (b), (e), (g), (h) and (l) of <u>Section 9.4</u>.

      **9.5.5   Transfer of Minority Interest to a Third Party**. In the event of a Transfer of less than 50% of the ownership interests in the Janitorial Service business of Franchisee to anyone who does not already have an ownership interest in Franchisee, OpenWorks waives all of the requirements of parts (e), and (l) of <u>Section 9.4</u>. In lieu of part (g), the Transfer fee is $1,000.

      **9.5.6   Employee Stock Options**. In the event of a Transfer to any of your employees under any employee stock option plan or stock purchase plan, then provided that the cumulative total amount of such actual and optional ownership interests does not exceed 33% of the current or the possible future ownership interests in your corporation, and that any share certificate distributed under such a plan is marked with a legend describing the restrictions and conditions of Transfer required by this Agreement, OpenWorks waives all of the requirements of parts (b), (c), (e), (f), (g), (h), (i), (j) and (l) of <u>Section 9.4</u>.

      **9.5.7   Death or Substantial Disability**. If you die, or become substantially and permanently disabled (whether physically or mentally as reasonably determined by an independent, qualified third-party) while this Agreement is in effect and prior to the Required Transfer, your heirs or representative will have 60 days within which to demonstrate to OpenWorks' satisfaction that they meet all of the criteria of character, business experience, financial responsibility, net worth and other standards that OpenWorks requires of new franchisees at that time. If OpenWorks approves your heirs or representative as transferees, OpenWorks will waive the requirement of part (g) of <u>Section 9.4</u>. If OpenWorks advises your heirs or representative in writing that it will not approve them as transferees of the franchise, or if OpenWorks fails to approve or disapprove the Transfer within 60 days following your death or disability, your heirs or representative will have 120 additional days from the date of disapproval of the Transfer within which to find and notify OpenWorks of a proposed Transfer to a qualified transferee in conformity with the provisions of <u>Sections 9.2</u>, <u>9.3</u>, <u>9.4</u> and <u>9.5</u> of this Agreement. If your heirs or representative do not advise OpenWorks of a qualified transferee within the specified period, the franchise will automatically terminate at the end of the period unless a written extension of time has been granted by OpenWorks.

    **9.6   OpenWorks' Right of First Refusal**. Except as otherwise provided in <u>Section 9.5</u> above, if you wish to make a Transfer, you must first give OpenWorks written notice of all the terms of the proposed Transfer, which must be a bona fide offer from a bona fide source, and all available information about the proposed transferee, together with copies of all documentation including any written offer. Within 15 days after receipt of the notice and documentation, OpenWorks may, at its option, elect to become (or have its nominee become) the transferee. The exercise of the option shall be upon the terms specified in the notice and documents, subject to a set off for all amounts you and your Affiliates owe to OpenWorks. If OpenWorks declines to exercise its option within the time specified, you may thereafter make the Transfer to an approved transferee (but not on more favorable terms that those offered to OpenWorks) provided that all of the requirements of <u>Section 9.4</u> (subject to the waivers

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 040**

provided for in Section 9.5) are satisfied. If the Transfer is not made within six months from the date of the notice to OpenWorks, then you must give OpenWorks another notice and option as provided in this Section 9.6 before you make any Transfer.

**9.7    Assignment by OpenWorks**. OpenWorks may assign this Agreement or any rights or obligations created by it, in whole or in part, at any time to any third-party, including without limitation, to any of your competitors or an OpenWorks master franchisee who will have exclusive rights to administer the OpenWorks Cleaning Systems regional office for your franchised business. Such an assignment may be made without your consent upon condition that the assignee expressly agrees in writing to assume OpenWorks' obligations under this Agreement.

**9.8    Legend**. Any certificates representing shares or interests in Franchisee, whether already or hereafter issued by Franchisee, shall, from and after the date hereof, bear a legend sufficient under applicable law to constitute notice of the restrictions on such shares or interest contained in this Agreement and to allow such restrictions to be enforceable. Such legend shall appear in substantially the following form:

"The sale, transfer, pledge or hypothecation of [this stock/these interests/these units] is restricted pursuant to Article 9 of a Franchise Agreement dated 09/12/2016 between OpenWorks and the issuer of these securities."

## 10.    TERMINATION OF FRANCHISE.

**10.1    Termination by Consent of the Parties**. This Agreement may be terminated at any time upon the mutual written consent of the parties.

**10.2    Termination by OpenWorks**. In addition to OpenWorks' rights to terminate this Agreement as provided elsewhere in this Agreement, OpenWorks may terminate this Agreement as provided in this Section 10.2.

**10.2.1   Acts of Default**. Upon the single occurrence of **any** one of the following defaults by you or your Affiliates and after notice and an opportunity to cure (as provided in Section 10.2.2), if any, OpenWorks, at its option, may terminate this Agreement:

(a)    If you or any of your owners or Affiliates has any direct or indirect interest in the ownership or operation of any business that provides commercial janitorial or other facility services to customers;

(b)    If you or your Affiliates fail to submit to OpenWorks in a timely manner any information you are required to submit under this Agreement;

(c)    If you or your Affiliates fail to begin operation of a Janitorial Service by the date required in this Agreement, or if you fail to operate a Janitorial Service in accordance with this Agreement and the Manual;

(d)    If you or your Affiliates act without prior written approval or consent of OpenWorks in regard to a matter for which its prior written approval or consent is expressly required by this Agreement;

(e)    If you or your Affiliates default in the performance of any material obligation under this Agreement or any other agreement with OpenWorks;

2622019.2 03/16

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 041**

(f)     If you or your Affiliates are not actively engaged in providing the Janitorial Service, unless: (i) operations are suspended for a period of no more than three months and you have paid the Minimum Account Service Fee due under Section 6.14, or (ii) the suspension was caused by fire, condemnation, or act of God;

(g)     If you or your Affiliates misuse the Trade Names, Marks or the System or engage in conduct which reflects materially and unfavorably upon the goodwill associated with them, or if you use any names, marks, systems, logotypes or symbols that OpenWorks has not authorized you to use in connection with your Janitorial Service;

(h)     If you or your Affiliates have made any material misrepresentation in connection with the assignment of an Account, or to induce OpenWorks to enter into this Agreement;

(i)     If you or your Affiliates fail to permanently correct a breach of this Agreement or to meet the standards set out in the Manual after being twice requested in writing by OpenWorks to correct the problem in any 12 month period;

(j)     If OpenWorks makes a reasonable determination that the operation of the Janitorial Service poses a threat to public health or safety;

(k)     If you or your Affiliates fail to make any payment when due under this Agreement or any other agreement between you and OpenWorks or an Affiliate of OpenWorks;

(l)     Except as otherwise required by the United States Bankruptcy Code, if you become insolvent, are adjudicated as bankrupt, or file or have filed against you a petition in bankruptcy, reorganization or similar proceeding;

(m)     If you or your Affiliates attempt to assign your rights under this Agreement in any manner not authorized by this Agreement;

(n)     If you or your Affiliates are convicted of a felony or any criminal misconduct or offense (even if not a crime) that is reasonably likely, in the sole opinion of OpenWorks, to have a material adverse effect to the System, the Trade names or the Marks, or the goodwill associated with any of the foregoing;

(o)     If you or your Affiliates commit any of the defaults described above and have twice previously, within a 12-month period, been given notice by OpenWorks of the same type of default, whether or not the prior defaults were cured;

(p)     If you or your Affiliates have taken such action that would permit OpenWorks to terminate your right to service an Account under paragraphs (a) through (i) inclusive of Section 7.2.5. of this Agreement;

(q)     If you fail to maintain policies of workers compensation insurance required in Section 7.3, disability insurance or any other types of insurance required by law; or

(r)     If you or your Affiliates willfully make or have made any material false statement or report to OpenWorks or its Affiliates in connection with this Agreement, any other agreement between you and OpenWorks or its Affiliates, or any applications presented to OpenWorks or its Affiliates that has a material adverse effect on OpenWorks, its Affiliates or the System.

32

INT_____ / INT_____
Unit Janitorial Franchise Agreement

EXHIBIT C - 042

**10.2.2  Notice of Default.**  Termination will be effective automatically 30 days after written notice of default is given to you, specifying any of the defaults described in subsections (b) through (j) inclusive of <u>Section 10.2.1</u>, if the default has not been cured within the 30-day period.  For a monetary default described in subsection (k), termination will be effective automatically five days after written notice specifying amounts due to OpenWorks is given to you, if the default is not cured within the 5-day period.  Termination will be effective immediately upon written notice to you if any of the defaults described above in subsections (a) and (l) through (r) inclusive occurs.

**10.3    Termination by You.**  You may terminate this Agreement upon 90 days' written notice to OpenWorks if the conditions of <u>Section 10.4</u> of this Agreement are met in full within the specified time periods.

**10.4    Rights and Obligations After Termination.**  Upon the Termination of this Agreement by either party for any reason, all of your Accounts shall automatically revert to OpenWorks and the parties will have the following rights and obligations:

(a)    OpenWorks will have no further obligations under this Agreement except to settle up with you with respect to payments due and owed prior to the Termination under <u>Section 5.4</u> and <u>Article 6</u> of this Agreement;

(b)    You must pay OpenWorks, within 30 days after Termination, all payments due to OpenWorks;

(c)    You must immediately and permanently cease the use of the Trade Names and Marks or any confusingly similar names or marks, the System, and advertising, signs, stationery and forms that bear identifying marks or colors that might give others the impression that you are associated with the System;

(d)    You must immediately deliver to OpenWorks the Manual, all Accounts' keys, security codes and cards, and any other proprietary material belonging to OpenWorks or any Account which is in your possession or the possession of your employees and otherwise comply with <u>Section 8.5.4</u>;

(e)    You must immediately provide OpenWorks with a list of all Accounts and customers and facilities you or your Affiliates are servicing or had serviced at any date during the 12 months preceding the date of Termination;

(f)    You must assign to OpenWorks or its designee any Accounts obtained by you that do not have an existing Maintenance Agreement with OpenWorks;

(g)    You will take such action as may be required by OpenWorks to transfer and assign to OpenWorks or its designee or to disconnect and forward all telephone numbers, white and yellow page telephone references and advertisements, and all trade and similar name registrations and business licenses, and to cancel any interest that Franchisee may have in the same; and

(h)    You must, without any consideration, cancel or assign to OpenWorks all right, title and interest in any Internet and web site home pages, domain name listings, and registration that contain the Trade Names or Marks, or any of them, in whole or in part, and shall notify the applicable domain name registrars and all listing agencies, upon the termination or expiration hereof, of the termination of your right to use any domain name,

2622019.2  03/16

INT_____ / INT_____
Unit Janitorial Franchise Agreement

EXHIBIT C - 043

web page and other Internet device associated with OpenWorks, and authorize and instruct their cancellation or transfer to OpenWorks, as directed by OpenWorks.

If the franchise granted in this Agreement is terminated because of your default, the rights of OpenWorks described above will not necessarily be its exclusive remedies, but will instead supplement any other equitable or legal remedies available to OpenWorks. If this Agreement is terminated because of your material default, nothing in this Section will be construed to deprive OpenWorks of the right to recover damages as compensation for lost profits. Termination of this Agreement will not extinguish any obligation of either party that has accrued prior to Termination. All obligations of the parties, which by their terms or by reasonable implication are to be performed in whole or in part after Termination, will survive Termination.

## 11. MISCELLANEOUS PROVISIONS.

**11.1 Construction of Contract.** Section headings in this Agreement are for reference purposes only and will not in any way modify the statements contained in any Section of this Agreement. Each word in this Agreement will be deemed to include any number or gender that the context requires. If there is any conflict between this Agreement and the Manual, this Agreement will control.

**11.2 Governing Law.** Except for matters relating solely to Sections 8.4, 8.6, 8.7 and 8.8 and Attachment 4 of this Agreement, which are governed by the laws of the state in which the Territory is located and except to the extent governed by the United States Trademark Act of 1946 (Lanham Act, 15 U.S.C. § 1051 et seq), this Agreement and all matters relating to it, shall be governed by and interpreted by the laws of the State of Arizona; *provided, however,* that if any of the provisions of this Agreement would not be enforceable under the laws of Arizona, then such provisions shall be governed by the laws of the state in which the Territory is located; *and provided further* that the Franchise Disclosure Document delivered to you contains a State Law Addendum, which is hereby incorporated into this Agreement, referencing and summarizing certain existing local laws of other jurisdictions, and the application of Arizona law shall not abrogate or reduce any of your rights provided for under such existing local laws which by their terms apply and supersede Arizona law (unless local law conflicts with federal law and is preempted).

**11.3 Notices.** Each party to this Agreement shall direct any notice to the other party to the address in Article 1 of this Agreement, or at another address if advised in writing that the address has been changed. Notice may be delivered by facsimile (with simultaneous posting of a copy by first class mail), commercial courier, or first class mail. Notice by facsimile will be deemed delivered upon transmission; by courier, upon delivery; and by first class mail, three days after posting.

**11.4 Amendments.** This Agreement may be amended only by a document signed by all of the parties to this Agreement or by their authorized agents.

**11.5 Waiver.** Waiver of any breach of this Agreement will not be interpreted as a waiver of any subsequent breach.

**11.6 Integration.** This Agreement, any exhibits or attachments to it, and the Franchise Disclosure Document that has been provided to you, constitute the entire agreement between the parties concerning the franchise granted under this Agreement, and supersede all prior and contemporaneous agreements and representations concerning the subject matter hereof; provided, however, that nothing herein is intended to disclaim the representations made in the Franchise Disclosure Document furnished to you.

34

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 044**

**11.7** **Modification**. The parties to this Agreement recognize that carrying out the overarching purpose of this Agreement, the creating of an effective, up-to-date, competitive consumer-oriented System under OpenWorks' name and Marks, and enhancing the potential value of that System for both OpenWorks and franchise owners as a group, requires flexibility in establishing and modifying standards for performance and operation under this Agreement, and may involve OpenWorks' development of other business activities not encompassed by the terms of this Agreement, taking particular account of the fact that business conditions and other circumstances are likely to change during the stated term of this agreement. The parties have addressed the prospect for such developments by the express provisions of this Agreement, including in particular, the provisions hereof defining the nature and scope of this Agreement and your obligation to observe the requirements of OpenWorks' Manual as it may, from time to time, be amended by OpenWorks to address efforts to maintain the long-term viability of OpenWorks' name, trademarks and other intellectual property rights, and/or its overall franchised System, among other things. No provision of this Agreement is to be read as creating a limitation on the right of OpenWorks to take such action except as the provision clearly and expressly establishes such a limitation.

**11.8** **Arbitration**. Any dispute or claim (a "**Claim**") arising out of or in connection with this Agreement shall be resolved by arbitration; provided, however, that OpenWorks shall not be required to arbitrate any Claim with respect to the ownership or use of its Trade Names or Marks, all of which issues will be submitted to a court within the State of Arizona. The parties expressly consent to personal jurisdiction in the State where our principal place of business is located, currently the State of Arizona and agree that the state and federal court(s) will have exclusive jurisdiction over any such issues not subject to arbitration. The arbitration shall be held where our principal place of business is located, currently the City of Phoenix, Arizona, governed by the United States Arbitration Act, 9 U.S.C. §§ 1-16, and conducted by one or more independent arbitrators who are experienced in franchise matters and have no past or present relationship with either party, appointed as set forth in this Section 11.7. This arbitration clause will not deprive either party of any right it may otherwise have to seek provisional injunctive relief from a court of competent jurisdiction. If there is any question as to whether a Claim is subject to arbitration, then the decider of the first open action shall decide this issue such that if an arbitration was the first action to have been filed, the arbitrator shall make such determination and if a party has first sought provisional injunctive relief from a court of competent jurisdiction, then that court shall decide if a claim is subject to arbitration. If proper notice of any hearing has been given, the arbitrator will have full power to proceed to take evidence or to perform any other acts necessary to arbitrate the matter in the absence of any party who fails to appear. Any Claims shall be decided on an individual and not a class-wide basis. You waive any rights you may have to demand trial by jury or to seek punitive damages from OpenWorks or its Affiliates. The arbitrator will have no power to (i) stay the effectiveness of any pending Termination of this Agreement; (ii) assess punitive damages; or (iii) make any award that modifies or suspends any lawful provision of this Agreement. All expenses of arbitration must be paid by the party against whom the arbitrator renders a decision. The award made by the arbitrator shall be final, binding and conclusive on all parties to the arbitration for all purposes. Judgment upon any award and/or enforcing any order of the arbitrator may be entered by any court of competent jurisdiction.

**11.8.1** **Initiation of Arbitration**. In order to initiate an arbitration hereunder, the party wishing to make a Claim (the "**Initiator**") shall give a written notice of demand for arbitration hereunder (the "**Initial Notice**") to the other party (the "**Respondent**").

**11.8.2** **Initial Notice**. To be valid, the Initial Notice must include the following: (i) a statement of the Claim; (ii) a proposed resolution ("**Initial Resolution**") of the Claim; (iii) the address and phone and facsimile numbers of the Initiator; (iv) the date of the Initial Notice; and (v) the signature of the Initiator. The Initial Notice may include other matters as shall be deemed appropriate by the Initiator, but it may not contain any conditions to the effectiveness of the Initial Notice nor any other matter which affects the validity of the Initial Notice.

35

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 045**

**11.8.3  The Response.**  The Respondent is bound to respond to the Initial Notice in writing within 30 days of the Initial Notice (the "**Response**") or suffer the consequences, as hereinafter defined.  If the Respondent fails to timely respond with a valid Response, the Initial Resolution shall become effective as an arbitration award hereunder.  A valid Response must contain the following: (i) A statement of the Response, including the factual disputes with the Initial Notice, and other facts supporting the Respondent's position; (ii) a proposed resolution ("**Second Resolution**") of the Claim, such as alternative amounts of payment or damages or alternative resolutions of the claim; (iii) the address and phone and facsimile numbers of the Respondent; (iv) the date of the Response; and (v) the signature of the Respondent. The Response may include other matters as shall be deemed appropriate by the Respondent, including claims of the Respondent, but it may not contain any conditions to the effectiveness of the Response nor any other matter which affects the validity of the Response.  If the Respondent fails to timely give a valid Response, as provided above, or if the Respondent gives a notice of acceptance of the Initial Resolution, the arbitrator shall enter the award adopting the Initial Resolution.

**11.8.4  Designation of Arbitrator.**  The Claim shall be decided by a single arbitrator determined as follows:  OpenWorks shall propose 3 candidates to you and you must choose the arbitrator within 10 days after the date of OpenWorks' proposal.  Upon determination, the arbitrator shall commence the arbitration process.  The arbitrator shall make an award of the Initial Resolution or the Second Resolution or such other award as the arbitrator decides is just under the facts and applicable law, subject to the terms of this Agreement.

**11.8.5  Counterclaim.**  The Respondent may include a "**Counterclaim**" in the Response.  If the Respondent makes a Counterclaim, the Initiator shall be obligated to respond in the same time and in the same fashion as required of the Respondent.

**11.8.6  Discovery.**  We both agree that, in any arbitration arising as described in this Section, requests for documents shall be limited to documents (including electronic documents) that are directly relevant to significant issues in the case or to the case's outcome, shall be restricted in terms of time frame, subject matter and persons or entities to which the requests pertain, and shall not include broad phraseology such as "all documents directly or indirectly related to."  For electronic document discovery requests, we both agree that: (a) The production of electronic documents will be made on the basis of generally available technology in a searchable format which is convenient and economical for the party producing the documents and also usable by the party receiving the documents, (b) Unless there is a showing of compelling need, as determined by the arbitrator, the parties are not required to produce metadata, with the exception that the header fields of email correspondence may be produced; (c) Production of electronic documents need only be from sources used in the ordinary course of business. No documents shall be required to be produced from back-up servers, tapes or other media; (d) Only individuals whose electronic documents are reasonably expected to contain evidence that is material to the dispute shall be named as custodians and requested to provide such electronic documents; and (e) When the costs and burdens of electronic discovery are disproportionate to the nature of the dispute or to the amount in controversy, or to the relevance of the materials requested, the arbitrator shall either deny such requests or order disclosure on the condition that the requesting party advance the reasonable cost of production to the providing side.  Such production costs may be part of the allocation of the costs in the final arbitration award.

**11.9     Injunctive Remedy for Breach.**  You recognize that you are a member of a Franchise Network and that your acts and omissions may have a positive or negative effect on the success of other businesses operating under OpenWorks' Trade Names and in substantial association with its Marks. Your failure to comply with the terms of this Agreement is likely to cause irreparable damage to OpenWorks and to some or all of the other franchisees of OpenWorks.  For this reason, you agree that if OpenWorks can demonstrate to a court of competent jurisdiction that there is a substantial likelihood of a breach or threatened breach of any of the terms of this Agreement by you, OpenWorks will be entitled,

36

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 046**

without posting a bond, to a temporary restraining order or preliminary injunction enjoining the breach and/or to a decree of specific performance, without showing or proving any actual damage, until a final determination is made by an arbitrator. Any question on whether a dispute or claim is subject to an injunctive remedy shall be determined as stated in Section 11.8 above.

**11.10 Limitation of Actions**. No action or arbitration proceeding may be maintained by you against OpenWorks unless (a) written notice of any claim alleged to exist is delivered by you to OpenWorks within 1 year after the event complained of becomes known to you and (b) an arbitration proceeding is commenced by you within 90 days after such notice.

**11.11 Attorneys' Fees and Costs**. If legal action, including any action on appeal, or arbitration is initiated to enforce the terms and conditions of this Agreement, the prevailing party will be entitled to recover reasonable compensation for preparation, investigation and court and/or arbitration costs (including but not limited to, expert witness fees, hearing transcription fees, arbitration fees, arbitrator's compensation, copying costs, delivery expenses and charges) and reasonable attorneys' fees, as fixed by a court of competent jurisdiction or by the arbitrator.

**11.12 Severability**. Each provision of this Agreement will be considered severable. If, for any reason, any provision is determined to be invalid or in conflict with any existing or future law or regulation, that provision will not impair the operation of the remaining provisions of this Agreement. The invalid provisions will be deemed not to be a part of this Agreement. However, if OpenWorks determines that the finding of illegality adversely affects the basic consideration for its performance under this Agreement, OpenWorks may, at its option, terminate it.

**11.13 Approval and Guarantees**. If you are a corporation, all officers and shareholders with a 5% or greater interest in you, or if you are a partnership, all your general partners, or if you are a limited liability company, all your managers and managing members and all members with a 5% or greater interest in you and in each of the foregoing cases, the spouses of each person, must approve this Agreement, permit you to furnish the financial information required by OpenWorks, and agree to the restrictions placed on them, including restrictions on the transferability of their interests in the franchise and Janitorial Service and limitations on their rights to compete, and sign separately written guarantees of your and their payments and performance in the form of Attachment 3 to this Agreement. Your spouse (if you are an individual who has not yet completed the Required Transfer), or the spouse(s) of an owner of a 5% or greater interest in Franchisee, must sign the spousal consent in the form of Attachment 6 to this Agreement.

**11.14 Acceptance by OpenWorks**. This Agreement will not be binding on OpenWorks unless and until it has been signed by an authorized officer of OpenWorks.

**11.15 Indulgences, Not Waivers**. Neither the failure nor any delay on the part of either party to exercise any right, remedy, power or privilege under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise of any right, remedy, power or privilege preclude any other or further exercise of the same or of any other right, remedy, power or privilege, nor shall any waiver of any right, remedy, power or privilege with respect to any occurrence be construed as a waiver of such right, remedy, power or privilege with respect to any other occurrence.

**11.16 Execution in Counterparts**. This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original as against any party whose signature appears thereon, and all of which shall together constitute one and the same instrument. This Agreement shall become binding when one or more counterparts hereof, individually or taken together, shall bear the signatures of the parties reflected hereon as the signatories. Any photographic or xerographic copy of this Agreement, with all signatures reproduced on one or more sets of signature pages, shall be considered for

37

2622019.2 03/16

INT ____ / INT _____
Unit Janitorial Franchise Agreement

EXHIBIT C - 047

all purposes as if it were an executed counterpart of this Agreement.  Signatures may be given by facsimile or other electronic transmission, and such signatures shall be fully binding on the party sending the same.

    **11.17 Time of Essence**.  Time is of the essence of this Agreement.

    **11.18 Franchisor Limited Liability**.  You agree that there shall be no liability on the part of OpenWorks to you or any other person by reason of any approval given or withheld by OpenWorks to you or by reason of your complying with the Standards and Policies and requirements of OpenWorks or the provisions of this Agreement.  OpenWorks shall not be liable to you if you adopt any suggestions or requirements of OpenWorks, or if OpenWorks delays or fails to furnish any approval, or if OpenWorks provides to mortgagee(s) or lender(s) (actual or prospective) at its or your request, information regarding the status of the Agreement and/or your obligations hereunder.  OpenWorks is not obligated for any reason to do any act or to furnish anything to you except as expressly set forth in this Agreement, and you acknowledge that OpenWorks is not required to provide services that produce any particular level of results.

**[This space left intentionally blank]**

38

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 048**

**11.19   Disclaimer of Representations.**

**YOU HEREBY REPRESENT AND WARRANT TO OPENWORKS THAT:**

NO REPRESENTATIONS OR PROMISES OF ANY KIND HAVE BEEN MADE BY OPENWORKS TO INDUCE YOU TO SIGN THIS AGREEMENT EXCEPT THOSE SPECIFICALLY SET FORTH IN THIS AGREEMENT AND IN THE UNIFORM FRANCHISE DISCLOSURE DOCUMENT THAT HAS BEEN DELIVERED TO YOU.    Initial

YOU ACKNOWLEDGE THAT NEITHER OPENWORKS NOR ANY OTHER PERSON HAS GUARANTEED THAT YOU WILL SUCCEED IN THE OPERATION OF THE FRANCHISED BUSINESS OR HAS PROVIDED ANY SALES OR INCOME PROJECTIONS OF ANY KIND TO YOU EXCEPT AS STATED IN THE UNIFORM FRANCHISE DISCLOSURE DOCUMENT PROVIDED TO YOU.    Initial

YOU HAVE MADE AN INDEPENDENT INVESTIGATION OF ALL IMPORTANT ASPECTS OF THE FRANCHISED BUSINESS.    Initial

YOU UNDERSTAND THAT OPENWORKS IS NOT A FIDUCIARY AND HAS NO SPECIAL RESPONSIBILITIES TO YOU BEYOND THE NORMAL RESPONSIBILITIES OF A SELLER IN A BUSINESS TRANSACTION.    Initial

YOU UNDERSTAND AND ACKNOWLEDGE THAT THE BUSINESS CONTEMPLATED BY THIS AGREEMENT AND THE UNIFORM FRANCHISE DISCLOSURE DOCUMENT PROVIDED TO YOU INVOLVES BUSINESS RISKS MAKING THE SUCCESS OF THE VENTURE LARGELY DEPENDENT UPON YOUR BUSINESS ACUMEN AND ABILITIES, YOUR ACTIVE PARTICIPATION AND YOUR EFFORTS AS AN INDEPENDENT BUSINESS OPERATOR.    Initial

YOU ACKNOWLEDGE THAT OPENWORKS OR ITS AGENT HAS PROVIDED YOU WITH A UNIFORM FRANCHISE DISCLOSURE DOCUMENT 14 CALENDAR DAYS BEFORE THE EXECUTION OF THIS AGREEMENT OR PAYMENT OF ANY CONSIDERATION. YOU FURTHER ACKNOWLEDGE THAT YOU HAVE READ SUCH UNIFORM FRANCHISE DISCLOSURE DOCUMENT AND UNDERSTAND ITS CONTENTS. Initial

YOU ACKNOWLEDGE THAT OPENWORKS OR ITS AGENT HAS PROVIDED YOU WITH A COPY OF THIS AGREEMENT AND ALL RELATED DOCUMENTS, FULLY COMPLETED, AT LEAST FIVE BUSINESS DAYS PRIOR TO YOUR EXECUTION HEREOF. Initial

YOU ACKNOWLEDGE THAT YOU HAVE HAD AMPLE OPPORTUNITY TO CONSULT WITH YOUR OWN ATTORNEYS, ACCOUNTANTS AND ADVISORS AND THAT OPENWORKS' ATTORNEYS HAVE NOT ADVISED OR REPRESENTED YOU WITH RESPECT TO THIS AGREEMENT OR THE RELATIONSHIP CREATED HEREBY. Initial

2622019.2  03/16

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 049**

IN WITNESS TO THE PROVISIONS OF THIS FRANCHISE AGREEMENT, the undersigned have signed this Franchise Agreement on the date set forth in Article 1.

**FRANCHISOR:**
**O.P.E.N. AMERICA, INC.**

By: _____

Officer: _____

**FRANCHISEE:**

Entity Name: _Ruth Mark_____

Signature: _____

Printed Name: _RUTH MARK_____

Title: _FRANCHISE OWNER_____

Name: _Ruth Mark_____

Sign: _____

Name: _____

Sign: _____

The above Franchise Agreement was executed on the date stated above, by the above named parties and in my presence as a witness.

_____     residing at _Denver_____ , _CO___
                Name                                          City          State

2622019.2  03/16

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 050**

## ATTACHMENT 1

# Current

**Business Starter Packages**

**Included in the Franchise Packages**

> From time to time, OpenWorks may substitute different
> brand names or change the exact specifications of the
> supplies and equipment provided to you in your starter kit.
> Any substitutions will be at equal or greater value and/or
> quality.

ATTACHMENT 1, PAGE 1

INT ____ / INT ____
Unit Janitorial Franchise Agreement

EXHIBIT C - 051

## Starter Kit Equipment and Chemical Supplies

| DESCRIPTION | U/M | QTY |
|---|---|---|
| Enzymatic Luster Creme Cleanser Pumice | QT | 1 |
| Scouring Stick | CS | 1 |
| 60" Wood Thread Handle | EA | 1 |
| Toy Corn Broom | EA | 1 |
| Little Dipper Bowl Mop | EA | 1 |
| #360 Flex Lambswool 33-60" Duster | EA | 1 |
| 12" Plastic Dust Pan | EA | 1 |
| 12" Brass Channel with Rubber | EA | 1 |
| 4203 1 1/2" Hard Putty Knife | EA | 1 |
| 8', 2 section, Extension Handle | EA | 1 |
| W#63 nylon scrubbing pad with sponge backing. 20/cs | CS | 1 |
| 20" Floor Machine | EA | 1 |
| 20" 1500 RPM Burnisher with Pad Driver | EA | 1 |
| 8 gl Wet/Dry Vacuum | EA | 1 |
| ProTeam Super Coach Vac HEPA with Tool Kit | EA | 1 |
| Super Loop Wet Mop | EA | 2 |
| Super Finish Mop | EA | 1 |
| 84 Fiberglass & Speed Change Handle | EA | 2 |
| #324 Big Mo Dust Mop Head | EA | 1 |
| #324F Big Mo Frame | EA | 1 |
| 60" Wood Snap-on Handle | EA | 1 |
| 18" Blue Microfiber Looped Wet Mop Pad | EA | 1 |
| 18" Red Microfiber Looped Wet Mop Pad | EA | 1 |
| WaveBrake™ SidePress Combo | EA | 1 |
| Yellow 25" Caution Wet Floor Sign | EA | 1 |
| Round Brute Dolly, 2640, Fits 20-55 gal Brutes, Black | EA | 1 |
| Yellow Wrap Around Caddy Bag | EA | 1 |
| Grey 44 GL Round Brute Can | EA | 1 |
| Blue Microfiber Terry Cloths | DZ | 1 |
| Yellow Microfiber Terry Cloths | DZ | 1 |
| Red Microfiber Terry Cloths | DZ | 1 |
| Green Microfiber Terry Cloths | DZ | 1 |
| 8448 Gloves, Yellow, Medium (8-8.5) | DZ | 1 |
| 7321 Safety Goggles | EA | 1 |
| Trigger Sprayer | EA | 4 |
| 32-oz Plastic Bottle | EA | 4 |
| Pump Dispenser | EA | 1 |
| Emergency Clean-Up Kit | BX | 1 |
| 20" Black Strip Pads, 5/cs | CS | 1 |
| 20" Red Buff Pads, 5/cs | CS | 1 |
| 3M 20" Pink Eraser Floor Pads | CS | 1 |
| BRUTE BUCKET-ROUND-10 QT-GRAY | EA | 1 |
| 20" Perma Grip Pad Holder with brush plate | EA | 1 |
| Fast Glide 18" Mopping System | EA | 1 |
| BUCKETLESS HANDLE 32 OZ REPLACEMENT BOTTLES | EA | 1 |
| Round Shaped Bowl Brush | EA | 1 |
| SMARTDOSE STRIDE CITRUS HC NEUTRAL GP CLEANER 2X1.4L | CS | 1 |
| SMARTDOSE PER DIEM GENERAL PURPOSE CLEANER 2X1.4L | CS | 1 |
| Crew NA Non Acid Bath Disinfectant SmartDose 2x1.4 | CS | 1 |
| Diversey Virex II 256 One-Step Disinfectant Cleaner 1.4L | CS | 1 |
| Diversey Glance NA Glass Cleaner 1.4L SD | CS | 1 |
| Green Cleaner Degreaser | GL | 2 |

ATTACHMENT 1, PAGE 2

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 052**

## ATTACHMENT 2

### TERMS

| Package | Initial Monthly Account Volume | Franchise Fee | 10% Discount For Cash or Veterans | OPENWORKS FINANCING PROGRAMS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STANDARD PROGRAM | | | VETERANS PROGRAM | | | |
| | | | | Down Payment | Amount Financed | Monthly Payment | 10% Discounted Fee | Amount of Down Payment | Amount Financed | Monthly Payment |
| OW 3 | 3,000 | 15,200 | 1,520 | 7,000 | 8,200 | 386.00 | 13,680 | 7,000 | 6,680 | 314.45 |
| OW 5 | 5,000 | 18,500 | 1,850 | 9,000 | 9,500 | 447.20 | 16,650 | 9,000 | 7,650 | 360.11 |
| OW 7 | 7,000 | 24,850 | 2,485 | 14,850 | 10,000 | 470.33 | 22,365 | 12,425 | 7,515 | 353.76 |
| OW 10 | 10,000 | 33,000 | 3,300 | 23,000 | 10,000 | 470.33 | 29,700 | 16,500 | 6,700 | 315.39 |
| OW 15 | 15,000 | 45,000 | 4,500 | 35,000 | 10,000 | 470.73 | 40,500 | 35,000 | 5,000 | 258.90 |
| OW 20 | 20,000 | 58,500 | 5,850 | 48,500 | 10,000 | 470.73 | 52,650 | 48,600 | 4,150 | 195.35 |
| OW 25 | 25,000 | 72,000 | 7,200 | 62,000 | 10,000 | 470.73 | 64,800 | 62,000 | 2,800 | 131.81 |

Your selected package: __OW-3__

Standard Program [X] or Veteran's Program [ ]

Discount: Applicable [ ]   Not Applicable [X]

If you elected to purchase additional account volume more than the OW 10 package, the following apply:
- Initial Account Monthly Volume _____
- Initial franchisee fee: _____
- Down payment: _____
- Amount Financed: _____
- Monthly Payment: _____
- Fulfillment Period: _____

**Pre-Existing Accounts.** You have the following pre-existing accounts to provide commercial janitorial or other facility services to the following customers which will be converted to OpenWorks accounts, according to Section 7.5 of this Agreement:


Signature: _____

Date: __09/12/2016__

2622019.2  03/16

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 053**

## ATTACHMENT 3

## PERSONAL GUARANTY

1.  In consideration of, and in order to induce O.P.E.N. America, Inc. ("**OpenWorks**") to enter into a franchise agreement as of even date with this Guaranty (the "**Agreement**"), each of the undersigned ("**Guarantor**"), jointly and severally, unconditionally guarantees to OpenWorks that the Franchisee will fully, promptly and faithfully perform and discharge all of its obligations, duties and conditions under the Agreement, and under any and all instruments, documents or other evidence of indebtedness, executed in connection with the Agreement and all related obligations and undertakings, including obligations of payment when due, whether by acceleration or otherwise, of any and all liability of Franchisee or its Affiliates or to OpenWorks (the "**Guaranteed Obligations**"), together with all interest upon these liabilities and all attorneys' fees, costs and expenses of collection incurred by OpenWorks in enforcing any of these liabilities.

2.  OpenWorks, its successors and assigns, may from time to time, without notice to the undersigned (a) resort to the undersigned for payment or satisfaction of any of the Guaranteed Obligations of Franchisee, whether or not it or its successors have resorted to any property securing any of the Guaranteed Obligations or proceeded against any other of the undersigned or any party or parties or primarily or secondarily liable on any of the Guaranteed Obligations, (b) release or compromise any liability of any of the undersigned hereunder or any liability of any party or parties primarily or secondarily liable on any of the Guaranteed Obligations, and (c) extend, renew or credit any of the Guaranteed Obligations for any period (whether or not longer than the original period); alter, amend or exchange any of the Guaranteed Obligations; or give any other form of indulgence, whether under the Agreement or not.

3.  Each of the undersigned agrees to comply with and abide by the restrictive covenants and nondisclosure provisions contained in Sections 8.5, 8.6 and 8.7 of the Agreement, as well as the provisions in the Agreement relating to the Marks and Transfers, to the same extent as and for the same period of time as Franchisee is required to comply with and abide by such covenants and provisions, except to the extent otherwise required by the Agreement. These obligations of the undersigned shall survive any expiration or termination of the Agreement or this Guaranty. This Guaranty will remain effective despite any renewal, modification, or waiver by OpenWorks of any of the Guaranteed Obligations under this Guaranty, and no such modification, renewal or waiver will operate to defeat this Guaranty.

4.  This Guaranty is a continuing one and all liabilities to which it applies or may apply under the terms of this Guaranty will be conclusively presumed to have been created in reliance on it.

5.  Any and all rights and claims of Franchisee or Guarantor or any of their respective property, arising by reason of any payment by the undersigned to OpenWorks under the provisions of this Guaranty, will be subordinate and subject in right of payment to the prior payment in full of all liabilities of Franchisee or Guarantor to OpenWorks.

6.  Guarantor waives the right of trial by jury in the event of any litigation between the parties to this Guaranty in respect of any matter arising under this Guaranty and agrees that, should OpenWorks bring any judicial proceeding or arbitration in relation to any such matter, Guarantor will not interpose any counterclaim or set off of any nature.

7.  Each of the undersigned further waives presentment, demand, notice of dishonor, protest, nonpayment and all other notices whatsoever, including without limitation: notice of acceptance hereof; notice of all contracts and commitments; notice of the existence or creation of any liabilities under this Guaranty and the Agreement and of the amount and terms thereof; and notice of all defaults, disputes or controversies between Franchisee and OpenWorks resulting from such Guaranty or Agreement or otherwise, and the settlement, compromise or adjustment thereof.

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 054**

8.   The undersigned agrees to pay all expenses paid or incurred by OpenWorks in enforcing the Agreement and this Guaranty against Franchisee and against the undersigned and in collecting or attempting to collect any amounts due thereunder and hereunder, including reasonable attorneys' fees and costs if such enforcement or collection is by or through an attorney-at-law.   Any waiver, extension of time or other indulgence granted from time to time by OpenWorks, its agents, its successors or assigns, with respect to the Agreement, shall in no way modify or amend this Guaranty, which shall be continuing, absolute, unconditional and irrevocable.

9.   If more than one person has executed the Guaranty, the term "the undersigned," as used herein shall refer to each such person, and the liability of each of the undersigned hereunder shall be joint and several and primary.

10. The provisions of the Agreement providing that Arizona law shall govern, and requiring binding arbitration in Phoenix, Arizona shall also apply to this Guaranty and each Guarantor.

Date: _SEPTEMBER 12_ , 20 16

Name: RUTH MARK
Sign: _____

Spouse's Name: _____
Sign: _____

Name: _____
Sign: _____

Spouse's Name: _____
Sign: _____

ATTACHMENT 3, PAGE 2

INT _____ / INT _____
Unit Janitorial Franchise Agreement

EXHIBIT C - 055

## ATTACHMENT 4

### NON-DISCLOSURE AND NON-COMPETITION AGREEMENT

This Non-Disclosure and Non-Competition Agreement (this **"Agreement"**) is made as of this ___12___ day of __SEPTEMBER____, 20 16 by and between:

____RUTH MARK_____   (**"Franchisee"**),   an OpenWorks Janitorial Franchisee under the janitorial Franchise Agreement between Franchisee and O.P.E.N. America, Inc. (**"OpenWorks"**) of even date herewith and to which this Agreement was attached (the **"Franchise Agreement"**); and

the undersigned (**"Recipient"**), who owns 5% or more of the ownership interests in Franchisee, and/or holds or has been offered a position as an employee or consultant of Franchisee (any such current and future interest or position held by Recipient is hereinafter referred to as the **"Position"**).

Recipient acknowledges that Franchisee is entering into this Agreement for itself and for the benefit of OpenWorks pursuant to the requirements of the Franchise Agreement.  Any capitalized terms not otherwise defined will have such meaning as ascribed to them in the Franchise Agreement.

### BACKGROUND TO THE AGREEMENT

In connection with their Position, Recipient will have access to, generate, or otherwise come into contact with certain proprietary and/or confidential information and trade secrets of Franchisee, OpenWorks or System, including without limitation training materials, programs, methods, techniques, specifications, standards, systems, procedures, sales and marketing programs and strategies, manuals, financial data, knowledge of specifications for and suppliers of equipment, supplies and services, bidding, pricing and billing methods, existing and prospective customer lists and information about them and their service contracts, at any time existing or under consideration, for the operation of OpenWorks' regional offices and commercial janitorial and other facility service businesses (the **"Confidential Information"**).

Recipient, Franchisee and OpenWorks desire to prevent the dissemination or misuse of such Confidential Information.  For these and other reasons, and the fact that there are many other employment opportunities available to Recipient if his/her Position shall terminate, Recipient is in full and complete agreement that the following restriction covenants are fair and reasonable and are freely, voluntarily and knowingly entered into.  FURTHER, RECIPIENT HAS BEEN GIVEN THE OPPORTUNITY TO CONSULT WITH INDEPENDENT LEGAL COUNSEL BEFORE ENTERING INTO THIS AGREEMENT.

### AGREEMENT

As an inducement to OpenWorks to enter into the Franchise Agreement with Franchisee, or to approve a transfer to or appointment of Recipient, and/or in consideration of Recipient's employment or continued employment by Franchisee, Recipient and Franchisee (on behalf of both Franchisee and OpenWorks) agree as follows:

2622019.2 03/16

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 056**

1.  **Confidential Information.**

    **1.1.**   **Ownership.** Recipient acknowledges that OpenWorks and/or Franchisee is/are the sole owner of all the Confidential Information; that the Confidential Information is being imparted to Recipient in trust and confidence and only by reason of Recipient's Position; and that the Confidential Information is not generally known to the trade or public and is not known to Recipient except by reason of such disclosure. Recipient further acknowledges that Recipient shall acquire no interest in the Confidential Information, other than the right to utilize it in connection with the performance of duties associated with Recipient's Position. In addition, Recipient acknowledges that the use, duplication or disclosure of the Confidential Information except as expressly permitted by this Agreement shall constitute an unfair method of competition and that OpenWorks and Franchisee shall suffer irreparable injury thereby.

    **1.2.**   **Work Product.** Recipient agrees that all documents, papers, notes and other material and work product containing or derived from the Confidential Information or connected with Recipient's Position with Franchisee shall be Confidential Information. Recipient agrees that he will have no proprietary interest in any work product developed or used by him and arising out of his Position with Franchisee. Recipient will, from time to time, as may be requested by Franchisee or OpenWorks, do all things which may be necessary to establish or document Franchisee's or OpenWorks' ownership of any such work product, including without limitation execution of assignments.

    **1.3.**   **Confidentiality.** All of the Confidential Information and all information and knowledge about the System, which is not in the public domain and such other information and material as OpenWorks or Franchisee may designate as confidential shall be deemed Confidential Information for purposes of this Agreement. Recipient acknowledges that the Confidential Information is disclosed to Recipient solely on the condition that Recipient agree, and Recipient hereby does agree, that Recipient: (a) will use the Confidential Information in strict accordance with the instructions and directions given by Franchisee or OpenWorks from time to time; (b) will not use the Confidential Information, directly or indirectly, in any other business or capacity; (c) will not, at any time, while holding any Position with Franchisee or thereafter, in any manner or form, directly or indirectly, disclose, duplicate, license, sell, reveal, divulge, publish or communicate the Confidential Information, or any portion thereof, to any person or entity other than Franchisee, or authorized employees or consultants of Franchisee or OpenWorks who need to have such information in connection with their jobs; (d) will not copy any materials containing the Confidential Information, including without limitation the System manuals, without OpenWorks' prior written consent; (e) will observe and implement all reasonable procedures imposed from time to time by OpenWorks and/or Franchisee to prevent the unauthorized use and disclosure of the Confidential Information; (f) will keep all System manuals and other written materials containing any portion of the Confidential Information in a secure manner and place; and (g) if Recipient is legally compelled to disclose any of the Confidential Information, will do so only if Recipient has used his or her best efforts to afford OpenWorks and Franchisee the opportunity of obtaining appropriate protective orders or other assurances of confidentiality satisfactory to OpenWorks and Franchisee.

    **1.4.**   **Return of Confidential Material.** Upon termination or cessation of his or her Position with Franchisee for any reason, Recipient shall immediately (but in any event within five days of such termination or cessation) return to Franchisee all copies of any materials containing the Confidential Information (whether in original or duplicate form) and all property or equipment belonging to Franchisee and OpenWorks, or either of them, in Recipient's possession, custody or control, including any of such items produced or prepared by Recipient. To the maximum extent of the law, OpenWorks reserves the right to deduct the cost of unreturned or damaged property, equipment or information from Recipient's compensation.

2622019.2 03/16

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 057**

2.     **Noncompetition.**

   **2.1.     Covenant.** Recipient recognizes that (a) the commercial janitorial and other facility services business is very competitive; (b) the System is intended to expand to be national in scope; (c) Recipient by virtue of his or her Position will have access to the Confidential Information and will have close contacts with OpenWorks customers for the purpose of maintaining and further developing the business and goodwill of the System; (d) the Position provides Recipient with the attendant ability to divert customer trade; and (e) OpenWorks and Franchisee each have strong legitimate interests in obtaining the covenant herein for the protection of the goodwill of the System. Recipient therefore agrees that, without the express prior written consent of OpenWorks and Franchisee, which either may withhold in its sole and absolute discretion, Recipient shall not, during the Time Period (as defined below), directly or indirectly, whether personally or as an agent, employee, partner, representative, affiliate or in any other capacity on behalf of any person or entity, engage in, render services to, provide financing to, or have any interest in, in manner whatsoever any Competitive Business (as defined below) located or conducting business within the Area (as defined below). It is agreed and understood that the purpose of this covenant is not to deprive Recipient of a means of livelihood and will not do so but is rather to protect the goodwill and interest of Franchisee, OpenWorks and the System.

   **2.2.     Time Period.** For the purposes of <u>Section 2.1</u> of this Agreement, the term **"Time Period"** shall mean (a) for the period while Recipient holds a Position with Franchisee; and (b) after the Recipient no longer holds a Position with Franchisee, for a period of 24 months thereafter; *provided, however,* that in no event shall the Time Period continue beyond the period that this same covenant of noncompetition remains in effect for the Franchisee. In the event a court of competent jurisdiction determines that 24 months is unenforceable, the Time Period will be 18 months. If a court of competent jurisdiction determines that 18 months is unenforceable, the Time Period will be 12 months. If a court of competent jurisdiction determines that 12 months is unenforceable, the Time Period will be six months.

   **2.3.     Competitive Business.** For the purposes of <u>Section 2.1</u> of this Agreement, the term **"Competitive Business"** shall mean any business providing janitorial services to commercial customers or any other services that Franchisee provides or provided to its customers while Recipient held a Position with Franchisee.

   **2.4.     Area.** For the purposes of <u>Section 2.1</u> of this Agreement, the term **"Area"** shall mean (a) the geographical area in which Franchisee services or serviced OpenWorks customers, and (b) a radius of 75 miles from the regional office through which Franchisee conducts or conducted its OpenWorks business, and (c) a radius of 75 miles from any other OpenWorks regional office operated by OpenWorks or any of its master franchisees in the state where Franchisee conducts or conducted its OpenWorks business, and (d) a radius of 75 miles from any other OpenWorks regional office operated by OpenWorks or any of its master franchisees in any other state.

3.     **No Solicitation.**

   **3.1.     Employees.** Recipient agrees never to employ or solicit for employment any person who is at the time employed by OpenWorks, Franchisee or any other franchisee in the OpenWorks System, and Recipient agrees not to directly or indirectly induce any such person to leave their employment with OpenWorks, Franchisee or any other franchisee in the OpenWorks System.

   **3.2.     Customers.** Recipient agrees that during the time Recipient holds a Position with Franchisee, and after Recipient's Position with Franchisee ends, except for solicitations Recipient makes on behalf of Franchisee, Recipient will never solicit as a customer for commercial janitorial or other facility services: (a) any OpenWorks customers serviced by Franchisee during the period Recipient held a Position with Franchisee, or (b) any other persons or entities who were OpenWorks customers

ATTACHMENT 4, PAGE 3

INT _____ / INT _____
Unit Janitorial Franchise Agreement

EXHIBIT C - 058

serviced by others during the period Recipient held a Position with Franchisee. Recipient also agrees that after Recipient no longer holds any Position with Franchisee, Recipient will not thereafter solicit as a customer for commercial janitorial or other facility services any prospective customers to whom OpenWorks had proposals or bids outstanding at the time Recipient's Position with Franchisee ended.

**3.3.** **Lack of Prior Conflict.** Recipient represents and acknowledges that they are not bound by any post-employment covenant with a third-party that would restrict the fulfillment of the Recipient's Position or the duties Recipient performs on behalf of the Franchisee. To the extent Recipient is bound by any such post-employment covenants, Recipient represents and warrants that they have provided Franchisee with a copy of the applicable written covenant.

**3.4.** **Notification.** During the Time Period, Recipient shall notify any new employer or business associate, prior to entering into the employment or business relationship, of the existence of this Agreement and will provide such new employer or business associate with a copy of this Agreement. Recipient further agrees and authorizes Franchisee and OpenWorks to notify others, including customers of Franchisee or OpenWorks and Recipient's future employers or business associates of Recipient's obligations under this Agreement.

**3.5.** **Tolling of Time Periods.** The running of the Time Period or any period of time specified in Section 2 or Section 3 of this Agreement will be tolled and suspended for any period of time in which the Recipient is found by a court of competent jurisdiction to have been in violation of any restrictive covenant contained therein. Recipient further agrees that the existence of any claim it may have against Franchisee or OpenWorks whether or not arising from this Agreement, shall not constitute a defense to the enforcement by Franchisee or OpenWorks of the covenants contained in this Agreement.

**4.** **Modification.** The covenants set forth in this Agreement shall each be construed as independent of any other covenant or provision of any other agreement. OpenWorks may reduce the scope of the obligations under the covenants of this Agreement unilaterally and without the consent of any other person or entity, effective upon giving notice thereof to Franchisee and Recipient.

**5.** **Remedies.**

**5.1.** **Recipient's Acknowledgements.** Recipient acknowledges and agrees that in the event of the termination of Recipient's Position with Franchisee, Recipient's experience and capabilities are such that the Recipient can obtain employment and engage in business activities which are of a different or non-competing nature from those of the Position; and that the enforcement of a remedy of injunction will not prevent Recipient from earning a reasonable living. Recipient further acknowledges and agrees that the covenants contained in this Agreement are necessary for the protection of Franchisee's and OpenWorks' legitimate business interests and are reasonable in scope and in content.

**5.2.** **Injunctive Relief.** In the event of an actual or threatened breach by Recipient of any of the provisions of this Agreement, Franchisee and OpenWorks, or either of them, or their agents, shall immediately be entitled to injunctive relief restraining Recipient from the breach or threatened breach without having to show any actual damage. It is specifically agreed that Franchisee and OpenWorks, or either of them, may incur incalculable and irreparable damage from any such violation, and that Franchisee and OpenWorks, or either of them, have no adequate remedy at law and are entitled to injunctive relief, without bond, for any such actual or threatened violation. Nothing herein shall be construed as prohibiting Franchisee and OpenWorks, or either of them, from pursuing any other available remedies for such breach.

**5.3.** **At-Will Employment.** If Recipient is an employee, nothing in this Agreement shall affect Recipient's status as an employee at will. Employment of Recipient by the Franchisee may be

terminated by either Recipient or Franchisee for any lawful reason at any time with or without cause. Any representation to the contrary is unauthorized and not valid.

    **5.4.**    **Authority to Contract.**  Unless otherwise specified in writing, Recipient shall have no power to, and Recipient shall not, obligate the Franchisee or OpenWorks in any manner whatsoever to any contract, agreement, undertaking, commitment or other obligation, unless specifically authorized and directed to do so, in advance and in writing by the Franchisee. Further, Recipient shall not, without specific approval of and direction by the Franchisee, borrow on behalf of the Franchisee or OpenWorks, purchase capital equipment, or sell any capital assets of Franchisee or OpenWorks.

    **5.5.**    **Enforceability.**  Franchisee's or OpenWorks' failure to enforce any provisions of this Agreement shall not constitute a waiver of the Franchisee's or OpenWorks' right to pursue any prior or subsequent breach, violation or default of the Agreement.

    **6.**    **Survival.**  The provisions of this Agreement shall survive the expiration or termination of any agreement or relationship between Franchisee and Recipient or OpenWorks and Franchisee for any reason, in accordance with the terms hereof and shall be enforceable notwithstanding the existence of any claim or cause of action of Recipient against Franchisee and OpenWorks, or either of them, predicated on any contract or other basis whatsoever.

    **7.**    **Severability.**  In the event any term or provision of this Agreement is declared to be invalid or unenforceable for any reason, the provision shall be modified to the extent necessary to make it enforceable, or if it cannot be so modified, then severed, and the remaining terms of this Agreement shall remain in full force and effect, and it is hereby declared the intention of the parties that they would have executed the Agreement as so modified.

    **8.**    **Notice.**  Any notice to be given to Recipient under this Agreement will be sufficient and deemed delivered if it is in writing and delivered to the U.S. Post Office to be sent prepaid by certified or registered mail addressed to Recipient at his or her residential address as provided below, or to such other residential address as Recipient shall have provided in writing to both Franchisee and OpenWorks.

    **9.**    **General.**  Except as otherwise expressly stated herein, this Agreement contains the entire understanding between the parties with respect to the subjects hereof, and supersedes all prior oral and written negotiations and agreements. Except as provided in <u>Section 4</u> of this Agreement, this Agreement may be amended only by an instrument in writing signed by Franchisee and Recipient and approved in writing by OpenWorks. The waiver of any breach or violation of this Agreement shall not be deemed to amend this Agreement and shall not constitute a waiver of any other or subsequent breach. Headings are for convenience and shall not limit or control interpretation. Words in this Agreement shall be deemed to refer to whatever number and gender the context requires. This Agreement shall be governed by the laws of the state in which Franchisee's OpenWorks business is conducted. Any claim or dispute arising out of or in connection with this Agreement shall be resolved by arbitration held in the City of Phoenix, Arizona, governed by the United States Arbitration Act 9 U.S.C. § 1-16, and conducted by one or more independent arbitrators who are experienced in franchise matters and have no past or present relationship with any party. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their successors and assigns. OpenWorks shall be a third party beneficiary of this Agreement and entitled to enforce it as though OpenWorks were a signatory.

*[Signatures on following page]*

2622019.2  03/16

INT _____ / INT _____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 060**

**RECIPIENT:**

**FRANCHISEE**, accepting for itself and for its Franchisor, O.P.E.N. America, Inc.:

RUTH MARK
_____
(Full Legal Name of Recipient)

RUTH MARK
_____
(Full Legal Name of Franchisee)

By:_____
(Signature)

By: _____
(Signature)

_____
(Name Printed or Typed)

RUTH MARK
_____
(Name Printed or Typed)

_____
(Position/Title)

FRANCHISE OWNER
_____
(Position/Title)

_____
(Residential Street Address)

2360 S. QUEBEC ST, APT 205
_____
(Residential Street Address)

_____
(City, State, Zip Code)

DENVER, CO  80231
_____
(City, State, Zip Code)

_____
(Date)

09/12/2016
_____
(Date)

ATTACHMENT 4, PAGE 6

INT _____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 061**

**ATTACHMENT 5**

TRADEMARKS

OpenWorks has the following trademarks that it uses in its janitorial cleaning services.  You must use the trademarks in accordance with the terms of the Franchise Agreement and the Manual.  These trademarks may be revised by OpenWorks in accordance with the Franchise Agreement.



| |
|---|
| OpenWorks® |
| Give your facility the works® |
| TotalWorks™ |
| FirstWorks® |
| BusinessWorks™ |
| TechWorks™ |
| SkillWorks™ |

ATTACHMENT 5, PAGE 1

## ATTACHMENT 6

### SPOUSAL CONSENT

The undersigned each being the spouse of a Franchisee (or the spouse of a 5% or greater owner of Franchisee) hereby states

       1.     That he or she has read and understands the Janitorial Franchise Agreement and the Franchise Disclosure Document and all exhibits; and

       2.     That he or she consents to the terms and conditions of the Janitorial Franchise Agreement, including but not limited to those concerning transfer, and

       3.     That he or she consents to execution of the Janitorial Franchise Agreement by Franchisee; and

       4.     That he or she consents to execution of the Personal Guaranty.

Dated: __09/12/2016_____     Signature: _____

Print Name: _____

ATTACHMENT 6, PAGE 1

2622019.2 03/16

INT_____ / INT_____
Unit Janitorial Franchise Agreement

**EXHIBIT C - 063**