# EXHIBIT D

EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Case No. 1:18-cv-02412-RBJ

O.P.E.N. AMERICA, INC., d.b.a.
OPENWORKS;

Petitioner,

v.

RUTH, LLC, a Colorado limited liability
company; and RUTH MARK, an individual,

Respondents.

## DECLARATION OF JUDY ANDERSON

I, Judy Anderson, declare under the penalty of perjury:

1. I am over 18 years of age and am competent to make this affidavit.

2. I am employed by O.P.E.N. America, Inc., d/b/a OpenWorks ("OpenWorks") as a Accounting Specialist and have been employed by OpenWorks since February 2, 2011. I am duly authorized to make this Declaration.

3. This Declaration is based upon my own non-privileged personal knowledge of the matters set forth herein and I would testify to such matters were I called to do so in the lawsuit *Ruth Mark v. O.P.E.N. America, Inc., d/b/a OpenWorks*; Case No. 1:18-cv-02412-RBJ (the "Litigation").

4. On December 4, 2018, I was asked to try to locate OpenWorks' copy of the fully executed OpenWorks Janitorial Franchise Agreement entered into by and between OpenWorks and Ruth Mark on September 12, 2016 (the "Agreement").

5. In my capacity as Accounting Specialist, I am familiar with the usual and customary business practices of OpenWorks as they relate to the storage of documents kept in the regular course of OpenWorks' business.

6. I first attempted to locate the Agreement in OPS, which is a folder located in OpenWorks' network drives. OpenWorks maintains copies of documents kept in the regular course of its business activities, like the Agreement, in OPS.

2

7. I found a copy of an OpenWorks Janitorial Franchise Agreement dated September 12, 2016 in OPS. However, that copy was not signed by OpenWorks. Accordingly, I decided to look for a hard copy of the Agreement in one of the filing cabinets in which OpenWorks maintains copies of documents kept in the regular course of its business activities, like the Agreement.

8. On December 6, 2018, I found a copy of the Agreement in an OpenWorks filing cabinet.

9. I provided a copy of the Agreement to Matt Alexander, Executive Assistant to OpenWorks' President and Chief Executive Officer, who requested that I try to locate a copy of the Agreement. I provided the Agreement to Mr. Alexander in the same condition in which it was found without any alteration, modification or supplementation whatsoever.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2018.

_____
Judy Anderson

2