IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Civil Action: 18-cv-02412-RBJ  
Courtroom Deputy: Julie Dynes

Date: January 8, 2019  
Court Reporter: Sarah Mitchell

| *Parties* | *Counsel* |
|---|---|
| RUTH MARK | *Alexander N. Hood* |
| | *David H. Seligman* |
| | *Catherine Ordoñez (Entry of Appearance required)* |
| **Plaintiff** | |
| v. | |
| O.P.E.N. AMERICA INC | *Andre H. Merrett* |
| | *William L. Thorpe* |
| **Defendant** | |

## COURTROOM MINUTES

**ORAL ARGUMENT/SCHEDULING CONFERENCE**

Court in Session: 2:00 p.m.

Appearance of counsel.

Argument given on pending motion.

**ORDERED: [10] Defendant's Motion to Stay Litigation is DENIED.**

Discussion held on case schedule.

**2:20 p.m.     Court in recess.**
**2:35 p.m.     Court in session.**

**The Court accepts and amends the proposed limits and deadlines which include:**

Discovery cut-off: August 31, 2019.

Dispositive motion deadline:  October 31, 2019.

**FIVE DAY JURY TRIAL** is set for **February 24, 2020, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **January 24, 2020, at 8:30 a.m**. in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.   Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference.  A pretrial order is not needed. Parties are to submit stipulated and disputed jury instructions to chambers one week prior to the Trial Preparation Conference.

The Court outlines its practice standards as to discovery disputes and settlement conference with the magistrate judge.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  2:51 p.m.            Hearing concluded.            Total time in Court:  00:36