# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Case No. 1:18-cv-02412-RBJ**

**RUTH MARK, and those similarly situated,**

    **Plaintiffs,**

**v.**

**O.P.E.N. AMERICA, INC. d/b/a OPENWORKS**

    **Defendant.**

## NOTICE AND STIPULATION OF CONSENT TO AMEND COMPLAINT TO DISMISS NAMED PLAINTIFF RUTH MARK PURSUANT TO RULES 15(a)(2) AND 21

The parties, by undersigned counsel, hereby stipulate consent of the following:

(1)   Plaintiff Ruth Mark has resolved all of her claims with Defendant and the parties stipulate consent of the dismissal of Ms. Mark's claims with prejudice.

(2)   On stipulation of the parties to the agreement, that resolution was reviewed and approved by an arbitrator on September 9, 2019. The Parties agree to be bound by the terms of the related fully executed agreement.

(3)   Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 21, Defendant consents to Plaintiffs amending their Complaint to reflect that all of Ms. Mark's claims have been dismissed with prejudice and that Ms. Mark is no longer a party to this action as she has no other claims against Defendant. Plaintiffs agree to confer with Defendant about the contents of any amendment before any such amendment is filed with this Court. This consent does not serve as a waiver of any rights or remedies related to the contents of the Amended Pleading, any opt-ins or named plaintiffs, and/or Defendant's claims related to arbitration.

(4) The agreement releases the claims of Ruth Mark. The party plaintiff status of the FLSA opt-ins is not affected. *See Ruiz v. Act Fast Delivery of Colo., Inc.,* No. 14-cv-00870-MSK-NYW, ECF No. 132, 2017 U.S. Dist. LEXIS 4821, at *15 (D. Colo. Jan. 9, 2017) ("every individual opting in to a collective action 'has party status the same status in relation to the lawsuit as the named plaintiffs.'" (quoting *Halle v. West Penn Allegheny Health Sys., Inc.*, 842 F.3d 215, 225 (3d Cir. 2016)).

(5) Each party will bear their own costs and fees.

Dated this 30th day of October, 2019.

Respectfully submitted,

By: TOWARDS JUSTICE

*/s/ David Seligman*
David Seligman
Alexander Hood
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80218
Email: david@towardsjustice.org
alex@towardsjustic.org
*Attorneys for Plaintiffs*

By: LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Shawna Ruetz*
Jon J. Olafson, Atty. Reg. No.: 43504
Shawna Ruetz, Atty, Reg. No.:  44909
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
303.861.7760
Email: Jon.Olafson@lewisbrisbois.com
Shawna.Ruetz@lewisbrisbois.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2019, a true and correct copy of the foregoing was electronically filed and served via CM/ECF on all counsel of record in this matter.

                */s/ Shawna Ruetz*
                Lewis Brisbois Bisgaard & Smith LLP