**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

Civil Case No. 1:18-cv-02412-RBJ-NRN

RUTH MARK, and those similarly situated,

      Plaintiffs,

v.

O.P.E.N. AMERICA, INC. d/b/a OPENWORKS

      Defendant.

---

## JOINT MOTION FOR TEMPORARY STAY

---

Plaintiffs, those similarly situated to Ruth Mark including the opt-ins to the Fair Labor Standards Act claim, and Defendant O.P.E.N. America, Inc. d/b/a OpenWorks (collectively, the "Parties") respectfully move this Court for a temporary 60-day stay of all deadlines, proceedings, and activities while the Parties engage in informal discovery in connection with Plaintiffs amending the Complaint resulting from the dismissal of Ruth Mark and in an attempt to resolve this matter.  In support of this motion, the Parties state as follows:

1.     The Parties filed a Notice and Stipulation of Consent to Amend Complaint on October 30, 2019.

2.     The Parties are currently involved in informal discovery in an attempt to learn about the opt-ins and in an attempt to resolve this dispute.  The Parties have devoted and continue to devote significant time and resources towards identifying documents and facts about the opt-ins.  Additionally, the fact finding in informal discovery may impact Plaintiffs'

amendments to the Complaint reflecting the dismissal of Ruth Mark and additional facts, if relevant, learned about the opt-ins.

3.      This process also includes discussions related to the resolution of the opt-ins' claims and the claims of the potential class, to the extent such a class exists.

4.      The Parties anticipate 60 days to complete their informal discovery and to determine if resolution to the opt-ins' claims and this action can be achieved.

5.      The Parties wish to avoid incurring additional and unnecessary legal fees during the informal discovery process, save any and all judicial resources related to this dispute until the Parties determine whether or not this dispute can be reasonably settled, and allow time for Plaintiffs to amend the Complaint as necessary.

6.      The Parties respectfully request a temporary stay in all proceedings by 60 days, to and including December 29, 2019, for the Parties to either resolve this matter or for Plaintiffs to file an amended Complaint based on information discovered during informal discovery and the dismissal of Ruth Mark.

Dated this 30th day of October, 2019

By:      *s/ David Seligman*
         David Seligman
         Alexander Hood
         TOWARDS JUSTICE
         1410 High Street, Suite 300
         Denver , CO 80218
         Email: david@towardsjustice.org
                alex@towardsjustice.org
         *Attorneys for Plaintiffs*

By: s/ *Shawna Ruetz*
   Jon J. Olafson, Atty. Reg. No.: 43504
   Shawna Ruetz, Atty, Reg. No.:  44909
   LEWIS BRISBOIS BISGAARD & SMITH LLP
   1700 Lincoln Street, Suite 4000
   Denver, Colorado 80203
   303.861.7760
   Email: Jon.Olafson@lewisbrisbois.com
      Shawna.Ruetz@lewisbrisbois.com
   *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this this 30th day of October, 2019, the foregoing **JOINT MOTION FOR TEMPORARY STAY** was electronically filed with the Court using the CM/ECF system and serving all counsel of record via the same.

*s/ Shawna Ruetz*
Lewis Brisbois Bisgaard & Smith LLP

4852-0931-3450.4

3